## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| JORIKI USA, INC., | ) Case No. 25-10034 (    ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Joriki USA, Inc., Inc. as a debtor in the above-captioned chapter 7 case (the "Debtor"), with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), pursuant to section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. Moreover, given, among other things, the uncertainty surrounding the collection of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtor relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or

subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtor reserves all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

Mr. Michael G. Devon has signed the Schedules and Statements. Mr. Devon is the Chief Financial Officer of the Debtor and is the sole director of the Debtor. In reviewing and signing the Schedules and Statements, Mr. Devon has relied upon the efforts, statements and representations of various personnel employed by the Debtor. Mr. Devon has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtor has prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes to the rest of the Debtor's Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.** In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.


**Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("*Claim*") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or

2

avoid transfers.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases**.  On January 12, 2025 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the assets described in the Debtor's Schedules and Statements reflect net book values as of November 30, 2024.  The Debtor has updated the amounts, where practical, for accounts in which they believe there have been material modifications since November 30, 2024 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements.  The accounts receivable balance is as of January 9, 2025.  Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date.  Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Real Property and Personal Property – Leased**.  In the ordinary course of business, the Debtor may lease real property, furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses.  Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of their rights with respect to any such issue.

**Recharacterization**.  Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities**.  Unless otherwise set forth in the Schedules, the liability portions set forth the amounts as of January 9, 2025 with the exception of the secured financing facility, which is reflected as of January 12, 2025.  Due to the timing of the preparation and filing of these Schedules and Statements, certain invoices, payments, credits, and offsets may have not yet been received and processed prior and thus may not be reflected in these Schedules and Statements.  These Schedules and Statements reflect the Debtor's good faith efforts to report this information as close to accurate as is reasonably possible. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

11310927.v2

**Insiders**. For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) officers; (c) senior vice presidents; (d) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (e) relatives of directors, officers or shareholders of the Debtor (to the extent known by the Debtor); and (f) non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose. The Schedules and Statements include certain officers that were terminated prior to the Petition Date and have noted as such.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Executory Contracts**.

Other than real property leases reported in Schedule A/B 55, the Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate. The Debtor's executory contracts and unexpired leases have been set forth in Schedule G.

**Classifications**. Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D, and E/F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtor.

**Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the

4

provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers (collectively, "***Causes of Action***") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a. Underlined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b. Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. Liens. Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

d. Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.** The Debtor incurs certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its suppliers or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Estimates.** To close the books and records of the Debtor as of the Petition Date, the Debtor was required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtor reserves all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

## Specific Disclosures with Respect to the Debtor's Schedules

**Schedules Summary.** Unless otherwise indicated, the assets described in the Debtor's Schedules and Statements reflect net book values as of November 30, 2024. The Debtor has updated the amounts, where practical, for accounts in which they believe there have been material modifications since November 30, 2024 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements. The accounts receivable balance is as of January 9, 2025. Unless otherwise set forth in the Schedules, the liability portions set forth the amounts as of January 9, 2025 with the exception of the secured financing facility, which is reflected as of January 12, 2025. Due to the timing of the preparation and filing of these Schedules and Statements, certain invoices, payments, credits, and offsets may have not yet been received and processed prior and thus may not be reflected in these Schedules and Statements. These Schedules and Statements reflect the Debtor's good faith efforts to report this information as close to accurate as is reasonably possible. The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

**Schedule A/B 3.** Cash balances are listed as of the Petition Date.

**Schedule A/B 11.** Accounts receivable balances are listed as of January 9, 2025.

**Schedule A/B 18-26.** Inventory is shown as net book value as of November 30, 2024. Inventory is not shown net of accounting inventory reserves (i.e., inventory shrink and write-off reserves).

**Schedule A/B 55.** The Debtor does not own any real property. The Debtor's location and headquarters prior to the Petition Date was leased.

**Schedules A/B 60-65.** Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an unknown amount or at their net book value. The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedules A/B 74 and A/B 75.** In the ordinary course of their businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, credits, or refunds. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed in the Schedules. The Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right. The listing at item A/B 74.1 relates to the Debtor's potential right to indemnification from an entity that is not a party to the captioned proceeding.

**Schedule D.** The Debtor has not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. In addition, unless otherwise stated, the Debtor has not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases. The Debtor reserves all of their rights to amend Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights

of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

The Debtor's secured financing is partially denominated in CAD. The Bank of Nova Scotia debt is estimated as of the Petition Date as CAD68,925,828 and USD 83,312,146. For the purposes of the Schedules, the CAD amount was converted to USD at a rate of 1.4432 as of 1/10/25 obtained from https://www.wsj.com/market-data/quotes/fx/USDCAD/historical-prices (the "Exchange Rate") resulting in USD of $47,759,027 for a total of $131,071,173. The Roynat Capital Inc. amount was estimated as CAD 17,341,510. converted using the Exchange Rate to $12,016,013.

**Schedule E/F.**

The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F, based upon the Debtor's books and records as of January 9, 2025, with adjustments or estimates, to the extent known and reconciled, for payments made between January 9, 2025 and the Petition Date.

Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F may also include potential or threatened litigation claims. Any information contained in Schedule E/F with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

The Debtor expressly incorporates by reference into Schedule E/F all parties to pending litigation listed in Statement 7 of the Debtor's Statements as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G.** Although reasonable efforts have been made to ensure the accuracy of the Debtor's Schedule G, inadvertent errors may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of

payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all of their rights with respect to such agreements.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtor reserves all of its rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

The Debtor reserves all of its rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

## Specific Disclosures with Respect to the Debtor's Statements

**Statement 3.** Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11). The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtor's cash management system.

Statement 3 does not include certain payments made. Statement 3 does not include the regularly scheduled payroll disbursements to all employees.

**Statement 4.** With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, relocation reimbursement and/or severance and the like. Amounts paid on behalf

11310927.v2

of such employee for certain life and disability coverage, which coverage is provided to all of the Debtor's employees, has not been included.

Solely for purposes of the Schedules and Statements, the Debtor defines "Insiders" to include the following: (a) vice presidents; (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of the Debtor; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). To the extent that former vice presidents or officers were not Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statements. The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 6.** There may be instances where such a setoff has occurred without the Debtor's knowledge.

**Statement 7.** The Debtor reserve all rights with respect to the suits and proceedings included in Statement. 7. Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Statement 26d.** The Debtor has provided financial statements in the ordinary course of their businesses to numerous parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtor generally does not track such sharing. Moreover, the parties with which the Debtor has shared such financial statements may be in turn further shared the financial statements with other entities without the Debtor's knowledge or consent.

**Statement 30.** The information that would otherwise be included in Statement 30 is contained in Statement 4 and is not duplicated in Statement 30.

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2025     to     Filing Date | ☑ Operating a business<br>☐ Other | $0.00 |
| **For prior year:** | From 1/1/2024     to     12/31/2024 | ☑ Operating a business<br>☐ Other | $20,478,633.50 |
| **For the year before that:** | From 1/1/2023     to     12/31/2023 | ☑ Operating a business<br>☐ Other | $9,726,241.24 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2025     to     Filing Date | None | $0.00 |
| **For prior year:** | From 1/1/2024     to     12/31/2024 | Miscellaneous Revenue | $2,019,614.56 |
| **For the year before that:** | From 1/1/2023     to     12/31/2023 | Miscellaneous Revenue | $202,666.64 |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Attachment | | $7,441,659.77 | ☐ Secured debt<br><br>☐ Unsecured loan repayments<br><br>☐ Suppliers or vendors<br><br>☐ Services<br><br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See SOFA 4 Attachment<br><br>Relationship to debtor | | $460,684.20 | ☐ Secured debt<br><br>☐ Unsecured loan repayments<br><br>☐ Suppliers or vendors<br><br>☐ Services<br><br>☐ Other |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | |
| | Last 4 digits of account number | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** The Berkely Assocs. Corp d/b/a/ Judge Inc v Joriki Inc **Case number** 24-28484 | Breach of Contract | Name Court of Common Pleas of Montgomery County, Pennsylvania Street 2 E Airy St City Norristown  State PA  Zip 19401 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.2** **Name** Gretano v. Joriki USA Inc. **Case number** 25-cv-00014 | Employment Class Action | Name U.S. District Court for the District of Delaware Street 844 N King St, Unit 18 City Wilmington  State DE  Zip 19801 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.3** **Name** K. Guller, LLC v. Joriki, USA Inc. et al **Case number** N/A | Threatened Debt Collection | Name Street City  State  Zip | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.4** **Name** Stanley Kocher v. Joriki USA Inc, et al. **Case number** DSP-9289869-1 | Workers' Compensation | Name Pennsylvania Workers' Compensation Office of Adjudication Street 8 West Market Street, Suite 330 City Wilkes-Barre  State PA  Zip 18701 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.5** **Name** William Koroneos v. Joriki USA Inc, et al. **Case number** DSP-9088848-1 | Workers' Compensation | Name Pennsylvania Workers' Compensation Office of Adjudication Street 8 West Market Street, Suite 330 City Wilkes-Barre  State PA  Zip 18701 | ☐ Pending ☐ On appeal ☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 | | |
| Custodian's name and address | | Court name and address |
| | Case title | Name |
| Street | | |
| | Case number | Street |
| City    State    Zip | | |
| | Date of order or assignment | City    State    Zip |

---

**Part 4:  Certain Gifts and Charitable Contributions**

---

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | |
| Recipient's name | | | |
| Street | | | |
| City    State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:  Losses**

---

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** <br><br> Stretto, Inc. <br> 410 Exchange <br> Suite 100 <br> Irvine, CA 92602 <br><br> **Email or website address** <br> stretto.com <br><br> **Who made the payment, if not debtor?** | | 12/30/2024 | $25,000.00 |
| **11.2** <br><br> Klehr, Harrison, Harvey, Branzburg, LLP <br> 919 N. Market Street <br> Suite 1000 <br> Wilmington, DE 19801-3062 <br><br> **Email or website address** <br> klehr.com <br><br> **Who made the payment, if not debtor?** | | 12/27/2024 | $100,000.00 |
| **11.3** <br><br> Klehr, Harrison, Harvey, Branzburg, LLP <br> 919 N. Market Street <br> Suite 1000 <br> Wilmington, DE 19801-3062 <br><br> **Email or website address** <br> klehr.com <br><br> **Who made the payment, if not debtor?** | | 11/21/2024 | $50,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

 ☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** <br><br> **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 _____ | _____ | _____ | _____ |
| Relationship to debtor _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 Street | | | From _____ | to _____ |
| City _____ | State ____ | Zip _____ | | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider | How are records kept? Check all that apply: |
| City _____ State ___ Zip ___ | | ☐ Electronically ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

     ☑ No. Go to Part 10.

     ☐ Yes. Fill in below:

**Name of plan**                          **Employer identification number of the plan**

_____        _____

Has the plan been terminated?

☑ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 <br> Name _____ <br> Street _____ <br> City ____ State ____ Zip ____ | _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br><br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 <br> Name _____ <br> Street _____ <br> City ____ State ____ Zip ____ | _____ <br> Address _____ | _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1    Name<br><br>Street<br><br>City    State    Zip | Address | | ☐ No<br>☐ Yes |

---

| **Part 11:** | **Property the Debtor Holds or Controls that the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1   Califia Farms<br>1019 E 4th Pl<br>Los Angeles, CA 90013 | 575 Research Drive<br>Pittston, PA 18640 | Raw Packaging Materials, Finished Goods | Undetermined |
| 21.2   Coca-Cola Company<br>1 Coca Cola Plz NW<br>Atlanta, GA 30313 | 575 Research Drive<br>Pittston, PA 18640 | Raw Packaging Materials, Finished Goods | Undetermined |
| 21.3   Welch Foods Inc.<br>300 Baker Avenue<br>Suite 101<br>Concord, MA 01742 | 575 Research Drive<br>Pittston, PA 18640 | Raw Packaging Materials, Finished Goods | Undetermined |
| 21.4   Joriki Inc.<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | 575 Research Drive<br>Pittston, PA 18640 | Leased (Bank of Nova Scotia) Action Lift Equipment | Undetermined |
| 21.5   Coca-Cola Company<br>1 Coca Cola Plz NW<br>Atlanta, GA 30313 | 575 Research Drive<br>Pittston, PA 18640 | Evergreen - Filler | Undetermined |

21.6

Welch Foods Inc.                575 Research Drive          Case Packer               Undetermined
300 Baker Avenue                Pittston, PA 18640
Suite 101
Concord, MA 01742

21.7

Welch Foods Inc.                575 Research Drive          Evergreen - Filler        Undetermined
300 Baker Avenue                Pittston, PA 18640
Suite 101
Concord, MA 01742

| Part 12: | Details About Environmental Information |
|---|---|

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 <br><br> Case Number | Name <br><br> Street <br><br> City  State  Zip | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 <br><br> Name <br><br> Street <br><br> City  State  Zip | Name <br><br> Street <br><br> City  State  Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City    State    Zip | City    State    Zip | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN |
| | | **Dates business existed** |
| | | From _____     to _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1 | |
| Jalaj Joshi<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | From     to<br>February     Present<br>2022 |
| 26a.2 | |
| Mike Devon<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | From     to<br>December     Present<br>2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1**<br><br>Deloitte LLP<br>5500 North Service Road<br>Suite 700<br>Burlington, ON L7L 6W6<br>Canada | From December 2022    to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**<br><br>Jalaj Joshi<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | |
| **26c.2**<br><br>Mike Devon<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1**<br><br>Various – See Global Notes for More Detail |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Eric van Gilst and Ryan Oliver | 12/15/2024 | 444,983.10 (Cost) |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1**<br><br>Mike Devon<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 Mike Devon<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | Director, Chief Financial Officer, President and Vice President | 0% |
| 28.2 Joriki Inc.<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 Doug Glade<br>575 Research Drive<br>Pittston, PA 18640 | Former CEO | From 8/15/2022   to 12/13/2024 |
| 29.2 Jeff McLay<br>3431 McNicoll Avenue<br>Scarborough, ON M1V 2V3<br>Canada | Former CFO | From 11/18/2019   to 12/27/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See SOFA 4 | | | |

| Relationship To Debtor |
|---|
| |

**31.Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32.Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 575 RESEARCH DRIVE  LLC C/O Mericle Commercial Real Estate | 100 BALTIMORE DRIVE | | WILKES-BARRE | PA | 18702 | | Vendor | 12/31/2024 | $  14,654.03 |
| 575 RESEARCH DRIVE  LLC C/O Mericle Commercial Real Estate | 100 BALTIMORE DRIVE | | WILKES-BARRE | PA | 18702 | | Vendor | 12/31/2024 | $  295,942.63 |
| 575 RESEARCH DRIVE  LLC C/O Mericle Commercial Real Estate | 100 BALTIMORE DRIVE | | WILKES-BARRE | PA | 18702 | | Vendor | 12/2/2024 | $  295,942.63 |
| 575 RESEARCH DRIVE  LLC C/O Mericle Commercial Real Estate | 100 BALTIMORE DRIVE | | WILKES-BARRE | PA | 18702 | | Vendor | 11/1/2024 | $  295,942.63 |
| **575 RESEARCH DRIVE  LLC C/O Mericle Commercial Real Estate Total** | | | | | | | | | **$  902,481.92** |
| ACTION LIFT INC. | 1 MEMCO DRIVE | | PITTSTON | PA | 18640 | | Vendor | 10/17/2024 | $  1,733.75 |
| ACTION LIFT INC. | 1 MEMCO DRIVE | | PITTSTON | PA | 18640 | | Vendor | 12/6/2024 | $  1,900.12 |
| ACTION LIFT INC. | 1 MEMCO DRIVE | | PITTSTON | PA | 18640 | | Vendor | 10/31/2024 | $  5,900.00 |
| ACTION LIFT INC. | 1 MEMCO DRIVE | | PITTSTON | PA | 18640 | | Vendor | 10/24/2024 | $  7,274.47 |
| ACTION LIFT INC. | 1 MEMCO DRIVE | | PITTSTON | PA | 18640 | | Vendor | 11/27/2024 | $  11,445.88 |
| **ACTION LIFT INC.  Total** | | | | | | | | | **$  28,254.22** |
| AF U.S.A, INC. | 106 Kingsbridge Drive | | Carrollton | GA | 30117 | | Vendor | 10/17/2024 | $  672.14 |
| AF U.S.A, INC. | 106 Kingsbridge Drive | | Carrollton | GA | 30117 | | Vendor | 10/31/2024 | $  4,212.17 |
| AF U.S.A, INC. | 106 Kingsbridge Drive | | Carrollton | GA | 30117 | | Vendor | 11/6/2024 | $  7,937.50 |
| **AF U.S.A, INC.  Total** | | | | | | | | | **$  12,821.81** |
| ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE GROUP, LLC | 600 Brickell Avenue | 29th Floor | MIAMI | FL | 33131 | | Vendor | 12/19/2024 | $  200,000.00 |
| ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE GROUP, LLC | 600 Brickell Avenue | 29th Floor | MIAMI | FL | 33131 | | Vendor | 12/12/2024 | $  220,000.00 |
| ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE GROUP, LLC | 600 Brickell Avenue | 29th Floor | MIAMI | FL | 33131 | | Vendor | 10/18/2024 | $  220,776.00 |
| ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE GROUP, LLC | 600 Brickell Avenue | 29th Floor | MIAMI | FL | 33131 | | Vendor | 12/27/2024 | $  347,624.00 |
| ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE GROUP, LLC | 600 Brickell Avenue | 29th Floor | MIAMI | FL | 33131 | | Vendor | 10/31/2024 | $  406,039.00 |
| **ALVAREZ & MARSAL PRIVATE EQUITY PERFORMANCE GROUP, LLC Total** | | | | | | | | | **$  1,394,439.00** |
| AMERICAN FUNDS INVESTMENT | Attn American Funds RecordkeeperDirect | PO Box 6040 | Indianapolis | IN | 46206-6040 | | Vendor | 12/31/2024 | $  18,521.49 |
| AMERICAN FUNDS INVESTMENT | Attn American Funds RecordkeeperDirect | PO Box 6040 | Indianapolis | IN | 46206-6040 | | Vendor | 11/15/2024 | $  19,360.18 |
| AMERICAN FUNDS INVESTMENT | Attn American Funds RecordkeeperDirect | PO Box 6040 | Indianapolis | IN | 46206-6040 | | Vendor | 10/31/2024 | $  19,408.75 |
| AMERICAN FUNDS INVESTMENT | Attn American Funds RecordkeeperDirect | PO Box 6040 | Indianapolis | IN | 46206-6040 | | Vendor | 11/28/2024 | $  20,176.56 |
| AMERICAN FUNDS INVESTMENT | Attn American Funds RecordkeeperDirect | PO Box 6040 | Indianapolis | IN | 46206-6040 | | Vendor | 10/22/2024 | $  21,616.04 |
| AMERICAN FUNDS INVESTMENT | Attn American Funds RecordkeeperDirect | PO Box 6040 | Indianapolis | IN | 46206-6040 | | Vendor | 12/30/2024 | $  24,677.63 |
| AMERICAN FUNDS INVESTMENT | Attn American Funds RecordkeeperDirect | PO Box 6040 | Indianapolis | IN | 46206-6040 | | Vendor | 12/31/2024 | $  26,393.60 |
| **AMERICAN FUNDS INVESTMENT Total** | | | | | | | | | **$  150,154.25** |
| ARMSTRONG TRANSPORT GROUP LLP | 1120 South Tryon Street | Suite 500 | Charlotte | NC | 28203 | | Vendor | 11/5/2024 | $  5,895.00 |
| ARMSTRONG TRANSPORT GROUP LLP | 1120 South Tryon Street | Suite 500 | Charlotte | NC | 28203 | | Vendor | 10/31/2024 | $  10,185.00 |
| ARMSTRONG TRANSPORT GROUP LLP | 1120 South Tryon Street | Suite 500 | Charlotte | NC | 28203 | | Vendor | 10/24/2024 | $  21,050.00 |
| ARMSTRONG TRANSPORT GROUP LLP | 1120 South Tryon Street | Suite 500 | Charlotte | NC | 28203 | | Vendor | 11/27/2024 | $  21,400.00 |
| **ARMSTRONG TRANSPORT GROUP LLP Total** | | | | | | | | | **$  58,530.00** |
| AUTOMHA AMERICAS AUTOMATION | 1300 SOUTH SERVICE ROAD | | OAKVILLE | ON | L6L 5T7 | CANADA | Vendor | 10/16/2024 | $  59,525.00 |
| AUTOMHA AMERICAS AUTOMATION | 1300 SOUTH SERVICE ROAD | | OAKVILLE | ON | L6L 5T7 | CANADA | Vendor | 11/15/2024 | $  208,337.50 |
| **AUTOMHA AMERICAS AUTOMATION  Total** | | | | | | | | | **$  267,862.50** |
| BEACH LAKE SPRINKLER | PO Box 37 | | Beach Lake | PA | 18405 | | Vendor | 10/17/2024 | $  30,244.00 |
| **BEACH LAKE SPRINKLER Total** | | | | | | | | | **$  30,244.00** |
| BLACK BIRCH ENGINEERING, INC | 2950 RANSOM ROAD | | DALLAS | PA | 18612 | | Vendor | 11/20/2024 | $  753.89 |
| BLACK BIRCH ENGINEERING, INC | 2950 RANSOM ROAD | | DALLAS | PA | 18612 | | Vendor | 11/27/2024 | $  1,091.39 |
| BLACK BIRCH ENGINEERING, INC | 2950 RANSOM ROAD | | DALLAS | PA | 18612 | | Vendor | 10/17/2024 | $  10,628.41 |
| **BLACK BIRCH ENGINEERING, INC Total** | | | | | | | | | **$  12,473.69** |
| CENTURY SECURITY SERVICES INC. | PO BOX 773 | | WILKES BARRE | PA | 18703 | | Vendor | 10/31/2024 | $  16,524.80 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| CENTURY SECURITY SERVICES INC. | PO BOX 773 | | WILKES BARRE | PA | 18703 | | Vendor | 11/6/2024 | $ 16,537.60 |
| CENTURY SECURITY SERVICES INC. | PO BOX 773 | | WILKES BARRE | PA | 18703 | | Vendor | 1/9/2025 | $ 40,000.00 |
| CENTURY SECURITY SERVICES INC. | PO BOX 773 | | WILKES BARRE | PA | 18703 | | Vendor | 1/3/2025 | $ 60,000.00 |
| **CENTURY SECURITY SERVICES INC. Total** | | | | | | | | | **$ 133,062.40** |
| | | | | | | | | | |
| CINTAS CORP | PO BOX 631025 | | CINCINNATI | OH | 45263 | | Vendor | 10/24/2024 | $ 1,428.90 |
| CINTAS CORP | PO BOX 631025 | | CINCINNATI | OH | 45263 | | Vendor | 11/27/2024 | $ 24,170.52 |
| **CINTAS CORP Total** | | | | | | | | | **$ 25,599.42** |
| | | | | | | | | | |
| CORPORATE GRIND, LLC | PO BOX 594 | | Bristol | PA | 19007 | | Vendor | 11/6/2024 | $ 10,548.00 |
| CORPORATE GRIND, LLC | PO BOX 594 | | Bristol | PA | 19007 | | Vendor | 11/27/2024 | $ 52,782.60 |
| **CORPORATE GRIND, LLC Total** | | | | | | | | | **$ 63,330.60** |
| | | | | | | | | | |
| DIVERSEY INC. (USD) | 1300 Altura Road | Suite 125 | Fort Mill | SC | 29708 | | Vendor | 10/24/2024 | $ 14,624.52 |
| **DIVERSEY INC. (USD) Total** | | | | | | | | | **$ 14,624.52** |
| | | | | | | | | | |
| DOMINO AMJET, INC. | 3809 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | | Vendor | 10/31/2024 | $ 2,388.86 |
| DOMINO AMJET, INC. | 3809 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | | Vendor | 11/6/2024 | $ 9,387.13 |
| DOMINO AMJET, INC. | 3809 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | | Vendor | 11/27/2024 | $ 10,747.93 |
| DOMINO AMJET, INC. | 3809 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693 | | Vendor | 10/17/2024 | $ 14,709.10 |
| **DOMINO AMJET, INC. Total** | | | | | | | | | **$ 37,233.02** |
| | | | | | | | | | |
| DSS HOLDINGS LLC dba JOB SQUAD SOLUTIONS | 4101 Edison Laked Pkwy | Suite 350 | Mishawaka | IN | 46545 | | Vendor | 11/27/2024 | $ 25,002.34 |
| DSS HOLDINGS LLC dba JOB SQUAD SOLUTIONS | 4101 Edison Laked Pkwy | Suite 350 | Mishawaka | IN | 46545 | | Vendor | 12/17/2024 | $ 70,000.00 |
| DSS HOLDINGS LLC dba JOB SQUAD SOLUTIONS | 4101 Edison Laked Pkwy | Suite 350 | Mishawaka | IN | 46545 | | Vendor | 12/6/2024 | $ 75,743.99 |
| **DSS HOLDINGS LLC dba JOB SQUAD SOLUTIONS Total** | | | | | | | | | **$ 170,746.33** |
| | | | | | | | | | |
| E.D. PONS ASSOCIATES, P.C | 70 SOUTH FRANKLIN STREET | | WILKES-BARRE | PA | 18701 | | Vendor | 11/20/2024 | $ 4,050.00 |
| E.D. PONS ASSOCIATES, P.C | 70 SOUTH FRANKLIN STREET | | WILKES-BARRE | PA | 18701 | | Vendor | 10/24/2024 | $ 5,895.00 |
| **E.D. PONS ASSOCIATES, P.C Total** | | | | | | | | | **$ 9,945.00** |
| | | | | | | | | | |
| EASTERN ROOFING SYSTEMS, INC. | 1 KEYSTONE PLACE | | JESSUP | PA | 18434 | | Vendor | 10/24/2024 | $ 9,608.07 |
| EASTERN ROOFING SYSTEMS, INC. | 1 KEYSTONE PLACE | | JESSUP | PA | 18434 | | Vendor | 10/31/2024 | $ 76,157.94 |
| **EASTERN ROOFING SYSTEMS, INC. Total** | | | | | | | | | **$ 85,766.01** |
| | | | | | | | | | |
| ELWOOD STAFFING SERVICES, INC. | PO BOX 1024 | | COLUMBUS | IN | 47202-1024 | | Vendor | 10/17/2024 | $ 231.46 |
| ELWOOD STAFFING SERVICES, INC. | PO BOX 1024 | | COLUMBUS | IN | 47202-1024 | | Vendor | 12/6/2024 | $ 3,495.75 |
| ELWOOD STAFFING SERVICES, INC. | PO BOX 1024 | | COLUMBUS | IN | 47202-1024 | | Vendor | 10/31/2024 | $ 3,839.54 |
| ELWOOD STAFFING SERVICES, INC. | PO BOX 1024 | | COLUMBUS | IN | 47202-1024 | | Vendor | 11/27/2024 | $ 12,461.50 |
| ELWOOD STAFFING SERVICES, INC. | PO BOX 1024 | | COLUMBUS | IN | 47202-1024 | | Vendor | 10/24/2024 | $ 13,574.54 |
| **ELWOOD STAFFING SERVICES, INC. Total** | | | | | | | | | **$ 33,602.79** |
| | | | | | | | | | |
| EVERGREEN PACKAGING LLC. | PO BOX 417334 | | BOSTON | MA | 02241 | | Vendor | 10/17/2024 | $ 271.92 |
| EVERGREEN PACKAGING LLC. | PO BOX 417334 | | BOSTON | MA | 02241 | | Vendor | 10/31/2024 | $ 1,284.23 |
| EVERGREEN PACKAGING LLC. | PO BOX 417334 | | BOSTON | MA | 02241 | | Vendor | 12/6/2024 | $ 1,980.96 |
| EVERGREEN PACKAGING LLC. | PO BOX 417334 | | BOSTON | MA | 02241 | | Vendor | 10/23/2024 | $ 8,568.51 |
| EVERGREEN PACKAGING LLC. | PO BOX 417334 | | BOSTON | MA | 02241 | | Vendor | 11/27/2024 | $ 17,613.60 |
| **EVERGREEN PACKAGING LLC. Total** | | | | | | | | | **$ 29,719.22** |
| | | | | | | | | | |
| FHG COMPANIES, LLC ABOUT TIME SNOW | 45 BUCK RD | | HUNTINGDON VALL` | PA | 19006 | | Vendor | 11/6/2024 | $ 17,780.00 |
| FHG COMPANIES, LLC ABOUT TIME SNOW | 45 BUCK RD | | HUNTINGDON VALL` | PA | 19006 | | Vendor | 10/24/2024 | $ 17,780.00 |
| **FHG COMPANIES, LLC ABOUT TIME SNOW Total** | | | | | | | | | **$ 35,560.00** |
| | | | | | | | | | |
| FISHBOWL | 5580 EAST TECHNOLOGY AVE | SUITE C2500 | OREM | UT | 84097 | | Vendor | 10/31/2024 | $ 22,326.71 |
| **FISHBOWL Total** | | | | | | | | | **$ 22,326.71** |
| | | | | | | | | | |
| FLEXCELL AUTOMATION INC. (USD) | 620 STEVEN COURT | UNIT 7-8 | NEWMARKET | ON | L3Y 6Z2 | CANADA | Vendor | 10/17/2024 | $ 11,662.10 |
| **FLEXCELL AUTOMATION INC. (USD) Total** | | | | | | | | | **$ 11,662.10** |
| | | | | | | | | | |
| FLOR-TEC, INC. | PO BOX 887 | | PITTSTON | PA | 18640 | | Vendor | 11/6/2024 | $ 3,163.75 |
| FLOR-TEC, INC. | PO BOX 887 | | PITTSTON | PA | 18640 | | Vendor | 11/12/2024 | $ 45,000.00 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| **FLOR-TEC, INC. Total** | | | | | | | | | **$ 48,163.75** |
| | | | | | | | | | |
| FOGG | PO BOX 933416 | | CLEVELAND | OH | 44193 | | Vendor | 10/17/2024 | $ 316.50 |
| FOGG | PO BOX 933416 | | CLEVELAND | OH | 44193 | | Vendor | 11/27/2024 | $ 24,721.63 |
| FOGG | PO BOX 933416 | | CLEVELAND | OH | 44193 | | Vendor | 11/6/2024 | $ 25,177.77 |
| **FOGG Total** | | | | | | | | | **$ 50,215.90** |
| | | | | | | | | | |
| GEA MECHANICAL EQUIPMENT US, INC. Niro Soavi Division | 100 Fairway Ct | | Northvale | NJ | 07647 | | Vendor | 11/27/2024 | $ 18,973.99 |
| **GEA MECHANICAL EQUIPMENT US, INC. Niro Soavi Division Total** | | | | | | | | | **$ 18,973.99** |
| GRAINGER | DEPT. 887937454 | | PALATINE | IL | 60038-0001 | | Vendor | 10/17/2024 | $ 4,276.01 |
| GRAINGER | DEPT. 887937454 | | PALATINE | IL | 60038-0001 | | Vendor | 11/6/2024 | $ 10,402.88 |
| **GRAINGER Total** | | | | | | | | | **$ 14,678.89** |
| | | | | | | | | | |
| HARCO ENTERPRISES LTD. | 675 THE PARKWAY | | PETERBOROUGH | ON | K9J 7K2 | CANADA | Vendor | 12/6/2024 | $ 400.59 |
| HARCO ENTERPRISES LTD. | 675 THE PARKWAY | | PETERBOROUGH | ON | K9J 7K2 | CANADA | Vendor | 11/20/2024 | $ 2,765.60 |
| HARCO ENTERPRISES LTD. | 675 THE PARKWAY | | PETERBOROUGH | ON | K9J 7K2 | CANADA | Vendor | 11/6/2024 | $ 5,560.99 |
| HARCO ENTERPRISES LTD. | 675 THE PARKWAY | | PETERBOROUGH | ON | K9J 7K2 | CANADA | Vendor | 10/17/2024 | $ 12,021.26 |
| **HARCO ENTERPRISES LTD. Total** | | | | | | | | | **$ 20,748.44** |
| | | | | | | | | | |
| HAWKMTN LABS INC | 201 WEST CLAY AVENUE | | HAZLE TOWNSHIP | PA | 18202 | | Vendor | 11/6/2024 | $ 4,169.25 |
| HAWKMTN LABS INC | 201 WEST CLAY AVENUE | | HAZLE TOWNSHIP | PA | 18202 | | Vendor | 11/20/2024 | $ 4,495.50 |
| **HAWKMTN LABS INC Total** | | | | | | | | | **$ 8,664.75** |
| | | | | | | | | | |
| HIGHMARK BLUE SHIELD | P.O. BOX 382146 | | PITTSBURGH | PA | 15251-8146 | | Vendor | 12/23/2024 | $ 98,454.15 |
| HIGHMARK BLUE SHIELD | P.O. BOX 382146 | | PITTSBURGH | PA | 15251-8146 | | Vendor | 11/20/2024 | $ 100,358.03 |
| **HIGHMARK BLUE SHIELD Total** | | | | | | | | | **$ 198,812.18** |
| | | | | | | | | | |
| HOURIGAN KLUGER & QUINN | 600 THIRD AVENUE | | KINGSTON | PA | 18704 | | Vendor | 11/27/2024 | $ 2,331.70 |
| HOURIGAN KLUGER & QUINN | 600 THIRD AVENUE | | KINGSTON | PA | 18704 | | Vendor | 10/24/2024 | $ 2,921.19 |
| HOURIGAN KLUGER & QUINN | 600 THIRD AVENUE | | KINGSTON | PA | 18704 | | Vendor | 10/17/2024 | $ 3,363.00 |
| **HOURIGAN KLUGER & QUINN Total** | | | | | | | | | **$ 8,615.89** |
| | | | | | | | | | |
| IBC TOTE RECYCLING LLC | 1800 East 4th Street | Suite 171 | Austin | TX | 78702 | | Vendor | 11/8/2024 | $ 14,050.00 |
| **IBC TOTE RECYCLING LLC Total** | | | | | | | | | **$ 14,050.00** |
| | | | | | | | | | |
| J B HUNT TRANSPORT INC. | 615 J.B.Hunt Corporate Drive | | Lowell | AR | 72745 | | Vendor | 11/27/2024 | $ 5,673.00 |
| J B HUNT TRANSPORT INC. | 615 J.B.Hunt Corporate Drive | | Lowell | AR | 72745 | | Vendor | 10/22/2024 | $ 23,017.00 |
| **J B HUNT TRANSPORT INC. Total** | | | | | | | | | **$ 28,690.00** |
| | | | | | | | | | |
| JCS CONTROLS INC. | 172 METRO PARK | | ROCHESTER | NY | 14623 | | Vendor | 11/6/2024 | $ 2,532.86 |
| JCS CONTROLS INC. | 172 METRO PARK | | ROCHESTER | NY | 14623 | | Vendor | 10/17/2024 | $ 3,420.00 |
| JCS CONTROLS INC. | 172 METRO PARK | | ROCHESTER | NY | 14623 | | Vendor | 11/27/2024 | $ 10,218.86 |
| **JCS CONTROLS INC. Total** | | | | | | | | | **$ 16,171.72** |
| | | | | | | | | | |
| KIM WOLF LEADERSHIP COACHING AND MANUFACTURING CONSULTING | 206 Wimpole Street | | Mitchell | ON | N0K 1N0 | CANADA | Vendor | 10/17/2024 | $ 12,256.00 |
| KIM WOLF LEADERSHIP COACHING AND MANUFACTURING CONSULTING | 206 Wimpole Street | | Mitchell | ON | N0K 1N0 | CANADA | Vendor | 11/20/2024 | $ 23,924.00 |
| KIM WOLF LEADERSHIP COACHING AND MANUFACTURING CONSULTING | 206 Wimpole Street | | Mitchell | ON | N0K 1N0 | CANADA | Vendor | 12/17/2024 | $ 26,692.38 |
| **KIM WOLF LEADERSHIP COACHING AND MANUFACTURING CONSULTING Total** | | | | | | | | | **$ 62,872.38** |
| LAWSON PRODUCTS, INC. | P.O. BOX 734922 | | CHICAGO | IL | 60673-4922 | | Vendor | 12/6/2024 | $ 3,988.25 |
| LAWSON PRODUCTS, INC. | P.O. BOX 734922 | | CHICAGO | IL | 60673-4922 | | Vendor | 11/27/2024 | $ 5,203.23 |
| LAWSON PRODUCTS, INC. | P.O. BOX 734922 | | CHICAGO | IL | 60673-4922 | | Vendor | 10/17/2024 | $ 6,725.98 |
| **LAWSON PRODUCTS, INC. Total** | | | | | | | | | **$ 15,917.46** |
| | | | | | | | | | |
| LINDENMEYR MUNROE | 3300 HORIZON DRIVE | | KING OF PRUSSIA | PA | 19406 | | Vendor | 11/27/2024 | $ 853.50 |
| LINDENMEYR MUNROE | 3300 HORIZON DRIVE | | KING OF PRUSSIA | PA | 19406 | | Vendor | 10/22/2024 | $ 6,528.40 |
| LINDENMEYR MUNROE | 3300 HORIZON DRIVE | | KING OF PRUSSIA | PA | 19406 | | Vendor | 11/7/2024 | $ 21,154.00 |
| LINDENMEYR MUNROE | 3300 HORIZON DRIVE | | KING OF PRUSSIA | PA | 19406 | | Vendor | 11/13/2024 | $ 24,192.00 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| LINDENMEYR MUNROE | 3300 HORIZON DRIVE | | KING OF PRUSSIA | PA | 19406 | | Vendor | 11/22/2024 | $ 46,056.00 |
| **LINDENMEYR MUNROE Total** | | | | | | | | | **$ 98,783.90** |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| LIQUID CONSULTING, INC. | 3415 W. Lake Mary Blvd | #951959 | Lake Mary | FL | 32795 | | Vendor | 11/13/2024 | $ 16,504.62 |
| **LIQUID CONSULTING, INC. Total** | | | | | | | | | **$ 16,504.62** |
| | | | | | | | | | |
| LOWER LACKAWANNA VALLEY SANITARY AUTHORITY | SANITARY AUTHORITY | 398 COXTON RD | DURYEA | PA | 18642 | | Vendor | 11/21/2024 | $ 353,294.45 |
| **LOWER LACKAWANNA VALLEY SANITARY AUTHORITY Total** | | | | | | | | | **$ 353,294.45** |
| | | | | | | | | | |
| MEMIC INDEMNITY COMPANY | P.O. BOX 9500 | | LEWISTON | ME | 04243-9500 | | Vendor | 12/6/2024 | $ 42,264.80 |
| MEMIC INDEMNITY COMPANY | P.O. BOX 9500 | | LEWISTON | ME | 04243-9500 | | Vendor | 10/24/2024 | $ 42,264.80 |
| **MEMIC INDEMNITY COMPANY Total** | | | | | | | | | **$ 84,529.60** |
| | | | | | | | | | |
| MERICLE CONSTRUCTION, INC. | 100 BALTIMORE DRIVE | | WILKES-BARRE | PA | 18702 | | Vendor | 10/17/2024 | $ 97,394.42 |
| **MERICLE CONSTRUCTION, INC. Total** | | | | | | | | | **$ 97,394.42** |
| | | | | | | | | | |
| MICROBAC LABORATORIES | 2009 Mackenzie Way | Suite 100 | Cranberry TWP | PA | 16066-5338 | | Vendor | 12/6/2024 | $ 4,736.50 |
| MICROBAC LABORATORIES | 2009 Mackenzie Way | Suite 100 | Cranberry TWP | PA | 16066-5338 | | Vendor | 11/20/2024 | $ 4,890.00 |
| MICROBAC LABORATORIES | 2009 Mackenzie Way | Suite 100 | Cranberry TWP | PA | 16066-5338 | | Vendor | 11/27/2024 | $ 6,867.00 |
| MICROBAC LABORATORIES | 2009 Mackenzie Way | Suite 100 | Cranberry TWP | PA | 16066-5338 | | Vendor | 11/13/2024 | $ 12,181.25 |
| **MICROBAC LABORATORIES Total** | | | | | | | | | **$ 28,674.75** |
| | | | | | | | | | |
| MOTION INDUSTRIES, INC. | 163 CENTERPOINT BLVD | | PITTSTON | USA | | | Vendor | 12/6/2024 | $ 1,519.75 |
| MOTION INDUSTRIES, INC. | 163 CENTERPOINT BLVD | | PITTSTON | USA | | | Vendor | 11/27/2024 | $ 2,144.27 |
| MOTION INDUSTRIES, INC. | 163 CENTERPOINT BLVD | | PITTSTON | USA | | | Vendor | 10/17/2024 | $ 2,604.74 |
| MOTION INDUSTRIES, INC. | 163 CENTERPOINT BLVD | | PITTSTON | USA | | | Vendor | 11/6/2024 | $ 4,811.18 |
| **MOTION INDUSTRIES, INC. Total** | | | | | | | | | **$ 11,079.94** |
| | | | | | | | | | |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY | PO BOX 856824 | | Minneapolis | MN | 55485-6824 | | Vendor | 1/3/2025 | $ 26,579.90 |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY | PO BOX 856824 | | Minneapolis | MN | 55485-6824 | | Vendor | 12/23/2024 | $ 26,579.90 |
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY | PO BOX 856824 | | Minneapolis | MN | 55485-6824 | | Vendor | 11/15/2024 | $ 26,579.90 |
| **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY Total** | | | | | | | | | **$ 79,739.70** |
| | | | | | | | | | |
| NELSON-JAMESON, INC. | P.O. BOX 1147 | | MARSHFIELD | WI | 54449 | | Vendor | 11/6/2024 | $ 1,662.58 |
| NELSON-JAMESON, INC. | P.O. BOX 1147 | | MARSHFIELD | WI | 54449 | | Vendor | 12/6/2024 | $ 2,543.41 |
| NELSON-JAMESON, INC. | P.O. BOX 1147 | | MARSHFIELD | WI | 54449 | | Vendor | 11/20/2024 | $ 3,923.61 |
| NELSON-JAMESON, INC. | P.O. BOX 1147 | | MARSHFIELD | WI | 54449 | | Vendor | 11/27/2024 | $ 6,607.30 |
| **NELSON-JAMESON, INC. Total** | | | | | | | | | **$ 14,736.90** |
| | | | | | | | | | |
| NEOGEN CORPORATION | 25153 Network Place | | CHICAGO | IL | 60673-1251 | | Vendor | 12/6/2024 | $ 3,034.69 |
| NEOGEN CORPORATION | 25153 Network Place | | CHICAGO | IL | 60673-1251 | | Vendor | 11/27/2024 | $ 3,414.51 |
| NEOGEN CORPORATION | 25153 Network Place | | CHICAGO | IL | 60673-1251 | | Vendor | 11/6/2024 | $ 5,884.84 |
| **NEOGEN CORPORATION Total** | | | | | | | | | **$ 12,334.04** |
| | | | | | | | | | |
| NORDSON CORPORATION | PO BOX 802586 | | CHICAGO | IL | 60680-2586 | | Vendor | 11/20/2024 | $ 3,872.20 |
| NORDSON CORPORATION | PO BOX 802586 | | CHICAGO | IL | 60680-2586 | | Vendor | 11/6/2024 | $ 4,872.32 |
| **NORDSON CORPORATION Total** | | | | | | | | | **$ 8,744.52** |
| | | | | | | | | | |
| O2MATION SERVICES | 3295 TACC DR | | MISSISSAUGA | ON | L5M 0H4 | CANADA | Vendor | 11/13/2024 | $ 17,624.95 |
| O2MATION SERVICES | 3295 TACC DR | | MISSISSAUGA | ON | L5M 0H4 | CANADA | Vendor | 11/20/2024 | $ 18,312.33 |
| **O2MATION SERVICES Total** | | | | | | | | | **$ 35,937.28** |
| | | | | | | | | | |
| ONESOURCE STAFFING SOLUTIONS | 1124 HIGHWAY 315 | | WILKES-BARRE | PA | 18702 | | Vendor | 10/24/2024 | $ 49,240.46 |
| ONESOURCE STAFFING SOLUTIONS | 1124 HIGHWAY 315 | | WILKES-BARRE | PA | 18702 | | Vendor | 10/18/2024 | $ 95,639.84 |
| ONESOURCE STAFFING SOLUTIONS | 1124 HIGHWAY 315 | | WILKES-BARRE | PA | 18702 | | Vendor | 10/18/2024 | $ 99,005.41 |
| ONESOURCE STAFFING SOLUTIONS | 1124 HIGHWAY 315 | | WILKES-BARRE | PA | 18702 | | Vendor | 12/17/2024 | $ 100,000.00 |
| **ONESOURCE STAFFING SOLUTIONS Total** | | | | | | | | | **$ 343,885.71** |
| | | | | | | | | | |
| PAYLOCITY | 1400 American Lane | | Schaumberg | IL | 60173 | | Vendor | 10/24/2024 | $ 213.52 |
| PAYLOCITY | 1400 American Lane | | Schaumberg | IL | 60173 | | Vendor | 12/30/2024 | $ 229.22 |
| PAYLOCITY | 1400 American Lane | | Schaumberg | IL | 60173 | | Vendor | 11/26/2024 | $ 5,939.19 |
| PAYLOCITY | 1400 American Lane | | Schaumberg | IL | 60173 | | Vendor | 10/31/2024 | $ 6,021.66 |
| PAYLOCITY | 1400 American Lane | | Schaumberg | IL | 60173 | | Vendor | 12/31/2024 | $ 6,206.73 |
| **PAYLOCITY Total** | | | | | | | | | **$ 18,610.32** |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| PENN STATE MECHANICAL CONTRACTORS INC | PO BOX 1027 | | WILKES BARRE | PA | 18703 | | Vendor | 10/31/2024 | $ 9,507.91 |
| PENN STATE MECHANICAL CONTRACTORS INC | PO BOX 1027 | | WILKES BARRE | PA | 18703 | | Vendor | 10/24/2024 | $ 15,538.94 |
| **PENN STATE MECHANICAL CONTRACTORS INC Total** | | | | | | | | | **$ 25,046.85** |
| | | | | | | | | | |
| PENNSYLVANIA AMERICAN WATER | PO BOX 371412 | | PITTSBURGH | PA | 15250 | | Vendor | 1/2/2025 | $ 83,782.68 |
| PENNSYLVANIA AMERICAN WATER | PO BOX 371412 | | PITTSBURGH | PA | 15250 | | Vendor | 10/31/2024 | $ 90,617.68 |
| PENNSYLVANIA AMERICAN WATER | PO BOX 371412 | | PITTSBURGH | PA | 15250 | | Vendor | 12/23/2024 | $ 101,511.60 |
| **PENNSYLVANIA AMERICAN WATER Total** | | | | | | | | | **$ 275,911.96** |
| | | | | | | | | | |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 10/24/2024 | $ 8,313.08 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 11/25/2024 | $ 8,717.85 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 12/31/2024 | $ 8,852.92 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 12/31/2024 | $ 29,053.94 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 11/25/2024 | $ 31,424.24 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 10/24/2024 | $ 32,665.89 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 12/31/2024 | $ 45,710.23 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 10/24/2024 | $ 51,839.55 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 11/25/2024 | $ 53,292.74 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 10/24/2024 | $ 55,359.17 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 12/31/2024 | $ 60,251.83 |
| PPL ELECTRIC UTILITIES CORP | TWO NORTH NINTH STREET | | ALLENTOWN | PA | 18101-1179 | | Vendor | 11/25/2024 | $ 61,590.74 |
| **PPL ELECTRIC UTILITIES CORP Total** | | | | | | | | | **$ 447,072.18** |
| | | | | | | | | | |
| QUALITY METAL PRODUCTS INC. | P.O. BOX R | PA 18612 | DALLAS | PA | 18612 | | Vendor | 10/17/2024 | $ 940.00 |
| QUALITY METAL PRODUCTS INC. | P.O. BOX R | PA 18612 | DALLAS | PA | 18612 | | Vendor | 11/27/2024 | $ 968.00 |
| QUALITY METAL PRODUCTS INC. | P.O. BOX R | PA 18612 | DALLAS | PA | 18612 | | Vendor | 10/24/2024 | $ 7,996.00 |
| **QUALITY METAL PRODUCTS INC. Total** | | | | | | | | | **$ 9,904.00** |
| | | | | | | | | | |
| QUALTECH SOLUTIONS INC. | 1880 RUE LEON-HARMEL | | QUEBEC | QC | G1N 4K3 | CANADA | Vendor | 11/14/2024 | $ 57,880.38 |
| QUALTECH SOLUTIONS INC. | 1880 RUE LEON-HARMEL | | QUEBEC | QC | G1N 4K3 | CANADA | Vendor | 10/25/2024 | $ 72,955.40 |
| QUALTECH SOLUTIONS INC. | 1880 RUE LEON-HARMEL | | QUEBEC | QC | G1N 4K3 | CANADA | Vendor | 10/16/2024 | $ 72,955.40 |
| **QUALTECH SOLUTIONS INC. Total** | | | | | | | | | **$ 203,791.18** |
| | | | | | | | | | |
| QUANTUM BIOPOWER SOUTHINGTON LLC | 49 DePaolo Drive | | Southington | CT | 06489 | | Vendor | 10/31/2024 | $ 2,534.10 |
| QUANTUM BIOPOWER SOUTHINGTON LLC | 49 DePaolo Drive | | Southington | CT | 06489 | | Vendor | 10/23/2024 | $ 30,429.25 |
| QUANTUM BIOPOWER SOUTHINGTON LLC | 49 DePaolo Drive | | Southington | CT | 06489 | | Vendor | 11/27/2024 | $ 41,274.35 |
| **QUANTUM BIOPOWER SOUTHINGTON LLC Total** | | | | | | | | | **$ 74,237.70** |
| | | | | | | | | | |
| RAM INDUSTRIAL SERVICES LLC | 2850 APPLETON STREET | SUITE D | CAMP HILL | PA | 17011 | | Vendor | 10/17/2024 | $ 1,928.79 |
| RAM INDUSTRIAL SERVICES LLC | 2850 APPLETON STREET | SUITE D | CAMP HILL | PA | 17011 | | Vendor | 11/6/2024 | $ 6,124.14 |
| **RAM INDUSTRIAL SERVICES LLC Total** | | | | | | | | | **$ 8,052.93** |
| | | | | | | | | | |
| RATT INC DBA ORKIN PEST CONTROL | 4550 PAXTON ST | | HARRISBURG | PA | 17111 | | Vendor | 10/17/2024 | $ 867.60 |
| RATT INC DBA ORKIN PEST CONTROL | 4550 PAXTON ST | | HARRISBURG | PA | 17111 | | Vendor | 11/20/2024 | $ 2,807.70 |
| RATT INC DBA ORKIN PEST CONTROL | 4550 PAXTON ST | | HARRISBURG | PA | 17111 | | Vendor | 11/6/2024 | $ 6,646.10 |
| **RATT INC DBA ORKIN PEST CONTROL Total** | | | | | | | | | **$ 10,321.40** |
| | | | | | | | | | |
| REINFORD FARMS | 505 CEDAR GROVE ROAD | | MIFFLINTOWN | PA | 17059 | | Vendor | 10/24/2024 | $ 62,723.60 |
| **REINFORD FARMS Total** | | | | | | | | | **$ 62,723.60** |
| | | | | | | | | | |
| ROAD SCHOLAR TRANSPORT | 130 MONAHAN AVE | | DUNMORE | PA | 18512 | | Vendor | 10/17/2024 | $ 3,486.26 |
| ROAD SCHOLAR TRANSPORT | 130 MONAHAN AVE | | DUNMORE | PA | 18512 | | Vendor | 11/6/2024 | $ 10,800.52 |
| ROAD SCHOLAR TRANSPORT | 130 MONAHAN AVE | | DUNMORE | PA | 18512 | | Vendor | 10/31/2024 | $ 13,873.39 |
| ROAD SCHOLAR TRANSPORT | 130 MONAHAN AVE | | DUNMORE | PA | 18512 | | Vendor | 10/24/2024 | $ 14,816.52 |
| ROAD SCHOLAR TRANSPORT | 130 MONAHAN AVE | | DUNMORE | PA | 18512 | | Vendor | 11/27/2024 | $ 19,239.04 |
| ROAD SCHOLAR TRANSPORT | 130 MONAHAN AVE | | DUNMORE | PA | 18512 | | Vendor | 11/20/2024 | $ 19,508.90 |
| ROAD SCHOLAR TRANSPORT | 130 MONAHAN AVE | | DUNMORE | PA | 18512 | | Vendor | 11/13/2024 | $ 19,903.03 |
| **ROAD SCHOLAR TRANSPORT Total** | | | | | | | | | **$ 101,627.66** |
| | | | | | | | | | |
| RWS DESIGN & CONTROLS | 13979 WILLLOWBROOK RD | | ROSCO | IL | 61073 | | Vendor | 10/17/2024 | $ 3,015.64 |
| RWS DESIGN & CONTROLS | 13979 WILLLOWBROOK RD | | ROSCO | IL | 61073 | | Vendor | 10/24/2024 | $ 4,568.11 |
| RWS DESIGN & CONTROLS | 13979 WILLLOWBROOK RD | | ROSCO | IL | 61073 | | Vendor | 11/6/2024 | $ 5,571.60 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| **RWS DESIGN & CONTROLS Total** | | | | | | | | | $ 13,155.35 |
| | | | | | | | | | |
| SANITARY PROCESS SYSTEMS, INC. | 945 FRUITVILLE PIKE | | LITITZ | PA | 15543 | | Vendor | 11/27/2024 | $ 4,496.17 |
| SANITARY PROCESS SYSTEMS, INC. | 945 FRUITVILLE PIKE | | LITITZ | PA | 15543 | | Vendor | 10/31/2024 | $ 14,075.41 |
| SANITARY PROCESS SYSTEMS, INC. | 945 FRUITVILLE PIKE | | LITITZ | PA | 15543 | | Vendor | 12/19/2024 | $ 59,567.87 |
| **SANITARY PROCESS SYSTEMS, INC. Total** | | | | | | | | | $ 78,139.45 |
| | | | | | | | | | |
| SCOTIABANK- VISA | Business Service Centre | | TORONTO | ON | M5W 5P6 | CANADA | Vendor | 11/6/2024 | $ 14,647.71 |
| SCOTIABANK- VISA | Business Service Centre | | TORONTO | ON | M5W 5P6 | CANADA | Vendor | 12/9/2024 | $ 38,478.66 |
| SCOTIABANK- VISA | Business Service Centre | | TORONTO | ON | M5W 5P6 | CANADA | Vendor | 1/6/2025 | $ 44,274.12 |
| **SCOTIABANK- VISA Total** | | | | | | | | | $ 97,400.49 |
| | | | | | | | | | |
| SIGMA EQUIPMENT INC. | 424 E Inglefield Rd. | | Evansville | IN | 47725 | | Vendor | 11/20/2024 | $ 100,208.00 |
| **SIGMA EQUIPMENT INC. Total** | | | | | | | | | $ 100,208.00 |
| | | | | | | | | | |
| SMITH MILLER ASSOCIATES | 38 N. MAIN STREET | | PITTSTON | PA | 18640-1916 | | Vendor | 11/27/2024 | $ 2,137.50 |
| SMITH MILLER ASSOCIATES | 38 N. MAIN STREET | | PITTSTON | PA | 18640-1916 | | Vendor | 10/31/2024 | $ 3,101.25 |
| SMITH MILLER ASSOCIATES | 38 N. MAIN STREET | | PITTSTON | PA | 18640-1916 | | Vendor | 10/17/2024 | $ 6,142.50 |
| **SMITH MILLER ASSOCIATES Total** | | | | | | | | | $ 11,381.25 |
| | | | | | | | | | |
| Stephen Wright | Address on File | | | | | | KERP | 1/10/2025 | $ 6,538.46 |
| Stephen Wright | Address on File | | | | | | LTIP | 1/10/2025 | $ 11,250.00 |
| **Stephen Wright Total** | | | | | | | | | $ 17,788.46 |
| | | | | | | | | | |
| SUNBELT RENTALS, INC. | PO BOX 409211 | | ATLANTA | GA | 30384-9211 | | Vendor | 10/24/2024 | $ 84,999.13 |
| **SUNBELT RENTALS, INC. Total** | | | | | | | | | $ 84,999.13 |
| | | | | | | | | | |
| TECHLONG INC. | 3870 LAKEFIELD DR | | SUWANEE | GA | 30024 | | Vendor | 12/6/2024 | $ 12,048.40 |
| TECHLONG INC. | 3870 LAKEFIELD DR | | SUWANEE | GA | 30024 | | Vendor | 11/6/2024 | $ 25,864.89 |
| **TECHLONG INC. Total** | | | | | | | | | $ 37,913.29 |
| | | | | | | | | | |
| TETRA PAK INC. | 3300 AIRPORT ROAD | | DENTON | TX | 76207 | | Vendor | 10/17/2024 | $ 837.84 |
| TETRA PAK INC. | 3300 AIRPORT ROAD | | DENTON | TX | 76207 | | Vendor | 10/17/2024 | $ 49,450.30 |
| TETRA PAK INC. | 3300 AIRPORT ROAD | | DENTON | TX | 76207 | | Vendor | 11/6/2024 | $ 117,812.97 |
| **TETRA PAK INC. Total** | | | | | | | | | $ 168,101.11 |
| | | | | | | | | | |
| THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC | 10 Hudson Yards | | New York | NY | 10001 | | Vendor | 10/22/2024 | $ 18,014.48 |
| THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC | 10 Hudson Yards | | New York | NY | 10001 | | Vendor | 11/15/2024 | $ 18,772.23 |
| THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC | 10 Hudson Yards | | New York | NY | 10001 | | Vendor | 12/31/2024 | $ 19,029.22 |
| THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC | 10 Hudson Yards | | New York | NY | 10001 | | Vendor | 1/2/2025 | $ 20,469.31 |
| **THE GUARDIAN INSURANCE & ANNUITY COMPANY, INC Total** | | | | | | | | | $ 76,285.24 |
| TOP TIER, LLC | 10315 SE JENNIFER ST. | | CLACKAMAS | OR | 97015 | | Vendor | 11/27/2024 | $ 1,155.08 |
| TOP TIER, LLC | 10315 SE JENNIFER ST. | | CLACKAMAS | OR | 97015 | | Vendor | 11/6/2024 | $ 2,608.83 |
| TOP TIER, LLC | 10315 SE JENNIFER ST. | | CLACKAMAS | OR | 97015 | | Vendor | 11/20/2024 | $ 2,965.21 |
| TOP TIER, LLC | 10315 SE JENNIFER ST. | | CLACKAMAS | OR | 97015 | | Vendor | 10/17/2024 | $ 3,907.82 |
| **TOP TIER, LLC Total** | | | | | | | | | $ 10,636.94 |
| | | | | | | | | | |
| UGI ENERGY SERVICES, INC | P.O BOX 827032 | | PHILADELPHIA | PA | 19182-7032 | | Vendor | 10/24/2024 | $ 28,388.20 |
| UGI ENERGY SERVICES, INC | P.O BOX 827032 | | PHILADELPHIA | PA | 19182-7032 | | Vendor | 11/20/2024 | $ 30,340.61 |
| **UGI ENERGY SERVICES, INC Total** | | | | | | | | | $ 58,728.81 |
| | | | | | | | | | |
| UGI UTILITIES, INC | PO BOX 15503 | | WILMINGTON | DE | 19886-5503 | | Vendor | 10/24/2024 | $ 14,663.50 |
| UGI UTILITIES, INC | PO BOX 15503 | | WILMINGTON | DE | 19886-5503 | | Vendor | 12/31/2024 | $ 14,780.40 |
| UGI UTILITIES, INC | PO BOX 15503 | | WILMINGTON | DE | 19886-5503 | | Vendor | 11/25/2024 | $ 15,901.30 |
| **UGI UTILITIES, INC Total** | | | | | | | | | $ 45,345.20 |
| | | | | | | | | | |
| ULINE | PO BOX 88741 | | CHICAGO | IL | 60680 | | Vendor | 12/6/2024 | $ 600.74 |
| ULINE | PO BOX 88741 | | CHICAGO | IL | 60680 | | Vendor | 11/27/2024 | $ 1,613.59 |
| ULINE | PO BOX 88741 | | CHICAGO | IL | 60680 | | Vendor | 11/20/2024 | $ 2,933.29 |
| ULINE | PO BOX 88741 | | CHICAGO | IL | 60680 | | Vendor | 11/6/2024 | $ 5,161.67 |
| ULINE | PO BOX 88741 | | CHICAGO | IL | 60680 | | Vendor | 10/24/2024 | $ 10,775.55 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| ULINE | PO BOX 88741 | | CHICAGO | IL | 60680 | | Vendor | 10/31/2024 | $ 14,505.99 |
| **ULINE Total** | | | | | | | | | **$ 35,590.83** |
| | | | | | | | | | |
| UNITED RENTALS (NORTH AMERICA), INC. | PO BOX 100711 | | ATLANTA | GA | 30384 | | Vendor | 12/6/2024 | $ 3,968.64 |
| UNITED RENTALS (NORTH AMERICA), INC. | PO BOX 100711 | | ATLANTA | GA | 30384 | | Vendor | 11/20/2024 | $ 3,968.64 |
| UNITED RENTALS (NORTH AMERICA), INC. | PO BOX 100711 | | ATLANTA | GA | 30384 | | Vendor | 10/31/2024 | $ 3,968.64 |
| **UNITED RENTALS (NORTH AMERICA), INC. Total** | | | | | | | | | **$ 11,905.92** |
| | | | | | | | | | |
| VERTECH INDUSTRIAL SYSTEMS, LLC | 4409 EAST BASELINE ROAD | SUITE 127 | PHOENIX | AZ | 85042 | | Vendor | 10/17/2024 | $ 9,731.64 |
| **VERTECH INDUSTRIAL SYSTEMS, LLC Total** | | | | | | | | | **$ 9,731.64** |
| | | | | | | | | | |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 12/23/2024 | $ 330.97 |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 10/31/2024 | $ 331.93 |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 12/31/2024 | $ 766.82 |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 10/22/2024 | $ 767.14 |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 11/15/2024 | $ 767.66 |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 11/25/2024 | $ 789.53 |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 11/20/2024 | $ 1,825.66 |
| WM CORPORATE SERVICE, INC. | PO BOX 13648 | | PHILADELPHIA | PA | 19101-3648 | | Vendor | 10/31/2024 | $ 18,436.42 |
| **WM CORPORATE SERVICE, INC. Total** | | | | | | | | | **$ 24,016.13** |
| | | | | | | | | | |
| YEAGER SUPPLY INC. | PO BOX 1177 | | READING | PA | 19603 | | Vendor | 10/17/2024 | $ 7,577.90 |
| **YEAGER SUPPLY INC. Total** | | | | | | | | | **$ 7,577.90** |
| | | | | | | | | | |
| ZRG INTERIM SOLUTIONS LLC | 69 Milk Street | Suite 304 | Westborough | MA | 01581 | | Vendor | 12/30/2024 | $ 11,133.33 |
| ZRG INTERIM SOLUTIONS LLC | 69 Milk Street | Suite 304 | Westborough | MA | 01581 | | Vendor | 10/24/2024 | $ 11,237.50 |
| ZRG INTERIM SOLUTIONS LLC | 69 Milk Street | Suite 304 | Westborough | MA | 01581 | | Vendor | 11/6/2024 | $ 12,765.30 |
| ZRG INTERIM SOLUTIONS LLC | 69 Milk Street | Suite 304 | Westborough | MA | 01581 | | Vendor | 12/30/2024 | $ 24,920.73 |
| ZRG INTERIM SOLUTIONS LLC | 69 Milk Street | Suite 304 | Westborough | MA | 01581 | | Vendor | 1/9/2025 | $ 32,743.30 |
| **ZRG INTERIM SOLUTIONS LLC Total** | | | | | | | | | **$ 92,800.16** |
| | | | | | | | | | |
| **Grand Total** | | | | | | | | | **$ 7,441,659.77** |

| Insider's Name | Address | City | State | ZIP | Relationship to the Debtor | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 12/27/2024 | $ 35,096.18 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 12/13/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 12/13/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 12/13/2024 | $ 1,758.33 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 12/13/2024 | $ 335.85 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 11/29/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 11/29/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 11/29/2024 | $ 1,845.97 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 11/29/2024 | $ 142.97 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 11/15/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 11/15/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 11/1/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 11/1/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 11/1/2024 | $ 1,831.82 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 11/1/2024 | $ 268.90 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 11/1/2024 | $ 15.14 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 10/18/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 10/18/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 10/4/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 10/4/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 10/4/2024 | $ 1,821.26 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 10/4/2024 | $ 233.96 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 10/4/2024 | $ 1,609.94 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 9/20/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 9/20/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 9/6/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 9/6/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 9/6/2024 | $ 1,830.71 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 9/6/2024 | $ 684.12 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 9/6/2024 | $ 5,450.79 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 8/23/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 8/23/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 8/9/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 8/9/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 7/26/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 7/26/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 7/26/2024 | $ 1,829.14 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 7/26/2024 | $ 228.12 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 7/26/2024 | $ 2,854.05 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 7/12/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 7/12/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 7/12/2024 | $ 1,825.43 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 7/12/2024 | $ 327.36 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 7/12/2024 | $ 3,954.37 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 6/28/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 6/28/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 6/14/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 6/14/2024 | $ 14,038.47 |

| Insider's Name | Address | City | State | ZIP | Relationship to the Debtor | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 6/14/2024 | $ 1,726.94 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 6/14/2024 | $ 486.97 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 6/14/2024 | $ 864.35 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 5/31/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 5/31/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 5/17/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 5/17/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 5/3/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 5/3/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 5/3/2024 | $ 1,820.37 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 5/3/2024 | $ 346.20 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 5/3/2024 | $ 2,936.46 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 4/19/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 4/19/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 4/5/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 4/5/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 4/5/2024 | $ 1,820.37 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 4/5/2024 | $ 223.26 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 4/5/2024 | $ 2,445.95 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 3/22/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 3/22/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 3/22/2024 | $ 1,823.91 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 3/22/2024 | $ 233.19 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 3/22/2024 | $ 2,546.87 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 3/8/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 3/8/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 2/23/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 2/23/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 2/9/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 2/9/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 2/9/2024 | $ 1,726.94 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 2/9/2024 | $ 292.61 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 2/9/2024 | $ 2,607.03 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 1/26/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 1/26/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | 401k Match | 1/12/2024 | $ 701.92 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Gross Pay | 1/12/2024 | $ 14,038.47 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Medical Benefits | 1/12/2024 | $ 1,796.19 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Office and Misc. Expenses | 1/12/2024 | $ 226.46 |
| Doug Glade | 575 Research Drive | Pittston | PA | 18640 | Former CEO | Travel, Meals, & Entertainment | 1/12/2024 | $ 4,305.97 |
| **Doug Glade Total** | | | | | | | | **$ 460,684.20** |
| **Grand Total** | | | | | | | | **$ 460,684.20** |

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
_1/12/2025_

_/s/ Mike Devon_ _____    Mike Devon _____

Signature of individual signing on behalf of debtor    Printed name

Authorized Representative _____

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes