| Fill in this information to identify the case: |
| --- |
| Debtor name: Joriki USA Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 25- |

☐ **Check if this is an amended filing**

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B — $61,868,626.72

1b. **Total personal property:**
Copy line 91A from Schedule A/B — $101,682,673.90

1c. **Total of all property:**
Copy line 92 from Schedule A/B — $163,551,300.62

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) — $143,087,186.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:** — $0.00
Copy the total claims from Part 1 from line 5a of Schedule E/F

3b. **Total amount of claims of nonpriority amount of unsecured claims:** — $164,417,449.45
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

**4. Total Liabilities** — $307,504,635.45
Lines 2 + 3a + 3b

Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 TD Bank | Operating Account | 9020 | $269,781.15 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $269,781.15 |
|---|---|

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |

| 7.1 | | |
|---|---|---|
| | 575 Research Drive, LLC - Security Deposit | $536,661.66 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | | |
|---|---|---|
| | Century Security Services Inc. - Trade Pre-Payment | $688.00 |

| 8.2 | | |
|---|---|---|
| | Nationwide - Prepaid Insurance | $53,159.80 |

| 8.3 | | |
|---|---|---|
| | TetraPak, Inc. - Prepaid Freight | $49,450.30 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$639,959.76

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11. Accounts receivable** | |

| 11a. | 90 days old or less: | $1,358,946.81 | − | $0.00 | = ........ ➜ | $1,358,946.81 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $734,495.85 | − | $341,390.97 | = ........ ➜ | $393,104.88 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$1,752,051.69

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |

| 14.1 | | | |
|---|---|---|---|
| | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1

_____     _____     _____              $0.00

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1

_____     _____     _____              $0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 PCK0004-Tetra Cap | 12/15/2024 | $0.00 | Net Book Value | $27,300.00 |
| 19.2 Machine Wrap | 12/15/2024 | $0.00 | Net Book Value | $26,544.00 |
| 19.3 Glue | 12/15/2024 | $0.00 | Net Book Value | $12,096.00 |
| 19.4 Resin | 12/15/2024 | $0.00 | Net Book Value | $0.00 |
| 19.5 LS Strip | 12/15/2024 | $0.00 | Net Book Value | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Customer Owned Materials and Finished Goods that have been Invoiced and not yet Shipped | | Undetermined | N/A | Undetermined |
| **22. Other inventory or supplies** | | | | |
| 22.1 Customer Owned Materials and Finished Goods that have been Invoiced and not yet Shipped | | Undetermined | N/A | Undetermined |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $65,940.00 |

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes     Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

         ☐ No

         ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

Book value _____ Valuation method _____ Current value _____

☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Assorted Office Chairs and Desks | $0.00 | N/A | Undetermined |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 IT Equipment | $113,035.48 | Net Book Value | $113,035.48 |
| 41.2 IT Systems | $99,549.10 | Net Book Value | $99,549.10 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $212,584.58 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Factory Equipment | $36,181,972.04 | Net Book Value | $36,181,972.04 |
| 50.2<br>Lab Equipment | $97,614.20 | Net Book Value | $97,614.20 |
| 50.3<br>Construction in Progress | $16,577,374.38 | Net Book Value | $16,577,374.38 |
| 50.4<br>Leased Xerox Versalink B605/SMFP; Serial Nos. 5XB481177; 5XB481178 | $0.00 | Net Book Value | $0.00 |
| 50.5<br>Leased Xerox Altalink C8155/H2 MFP; Serial No. EHQ358064 | $0.00 | Net Book Value | $0.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $52,856,960.62 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Manufacturing Facility - 575 Research Drive, Pittston, PA 18640 | Leased | Undetermined | N/A | $0.00 |
| 55.2 Leasehold Improvement | N/A | $61,868,626.72 | Net Book Value | $61,868,626.72 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $61,868,626.72 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 Fishbowl - WMS | $0.00 | N/A | Undetermined |
| 62.2 Software License: LilyPad Mobile Warehouse (Premise Version) | $0.00 | N/A | Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Customer List | $0.00 | None | Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

**65. Goodwill**

65.1

$0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**    **All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |
| --- |
| Current value of debtor's interest |

**71. Notes receivable**
Description (include name of obligor)

71.1

|  |  |  | = ➜ |  |
| --- | --- | --- | --- | --- |
|  | total face amount | - doubtful or uncollectible amount |  | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

Net Operating Loss (Aggregate)      Tax year   2023 and 2024      $45,885,396.10

**73. Interests in insurance policies or annuities**

73.1

$0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

$0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

$0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1 _____                              $0.00

**77. Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

77.1 _____                              $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                       $45,885,396.10

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $269,781.15 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $639,959.76 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $1,752,051.69 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $65,940.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $212,584.58 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $52,856,960.62 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $61,868,626.72 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $45,885,396.10 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $101,682,673.90 | 91b. $61,868,626.72 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

$163,551,300.62

☐ **Check if this is an amended filing**

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

2.1

The Bank of Nova Scotia, as Agent
40 King St. West
Scotia Plaza
55th Floor
Toronto, ON M5H 1H1
Canada

**Describe debtor's property that is subject to the lien:**
All assets of the Debtor

$131,071,173.00          Undetermined

**Describe the lien**
Loan and UCC Lien

**Date debt was incurred?**
10/28/2021

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Senior Agent under Intercreditor Agreement

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2.2

Roynat Capital Inc., as Agent
625 Cochrane Dr.
Suite #200
Markham, ON L3R 9R9
Canada

**Date debt was incurred?**
9/8/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Subordinate Agent under Intercreditor Agreement

**Describe debtor's property that is subject to the lien:**
All assets of the Debtor

**Describe the lien**
Loan and UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,016,013.00   Undetermined

2.3

JP Morgan Chase Bank, N.A.
10 S Dearborn St
Mailcode IL1-P001
Chicago, IL 60603-2300

**Date debt was incurred?**
10/4/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All accounts receivable which arise out of the sale of goods and services by the debtor to The Coca-Cola Company

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Undetermined

2.4

Evergreen Packaging LLC
2400 6TH ST SW
Cedar Rapids, IA 52404

**Date debt was incurred?**
2/12/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to the lien:**
Leased Evergreen Packaging Model EH-84 Packaging Machine, serial number 84017

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Unknown                    Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$143,087,186.00

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

☐ **Check if this is an amended filing**

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: Unknown

Priority amount: Undetermined

**2.2**

Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: Unknown

Priority amount: Undetermined

**2.3**

Pennsylvania Department of Revenue
PO Box 280414
Harrisburg, PA 17128

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Unknown          Undetermined

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

4 The Office
457 N. Main Street
P.O. Box 503 Oittston, Pa 18640
Pittston 18640

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$3,189.07

**3.2**

575 Research Drive, LLC
c/o Mericle Commercial Real Estate Services
100 Baltimore Drive
East Mountain Corporate Center
Wilkes-Barre, PA 18702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

$19,146.11

3.3

Action Lift Inc.
1 Memco Drive
Pittston, PA 18640

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $28,570.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.4

ADVANCED TEST EQUIPMENT CORP.
Eric DiGuglielmo
10401 Roselle Street
San Diego, CA 92121

**Date or dates debt was incurred**
12/16/2024

**As of the petition filing date, the claim is:**                                    $539.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.5

AESSEAL INC.
355 DUNAVANT DR
ROCKFORD, TN 37853

**Date or dates debt was incurred**
11/20/2024

**As of the petition filing date, the claim is:**                                    $897.15
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.6

Airgas Usa, Llc
6055 Rockside Woods Blvd
Independemce, OH 44131

**Date or dates debt was incurred**
11/30/2024

**As of the petition filing date, the claim is:**                                    $198.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.7**

AJ JERSEY INC.
P.O. BOX 416261
BOSTON, MA 02284-2206

**Date or dates debt was incurred**
10/31/2024

**As of the petition filing date, the claim is:**                          $3,595.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.8**

Alvarez & Marsal Private Equity Performance Group, Llc
600 Brickell Avenue, 29Th Floor
Miami, FL 33131

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                      $1,107,170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.9**

AMERICAN ULTRAVIOLET COMPANY
212 S. MOUNT ZION ROAD
LEBANON, IN 46052

**Date or dates debt was incurred**
12/16/2024

**As of the petition filing date, the claim is:**                          $5,245.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

ARAMARK REFRESHMENT SERVICES, LLC
P.O. BOX 21971
NEW YORK, NY 10087-1971

**Date or dates debt was incurred**
12/06/2024

**As of the petition filing date, the claim is:**                            $784.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.11

Arbon Equipment Corporation
25464 Network Place
Chicago

**Date or dates debt was incurred**
12/04/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,182.66

---

3.12

Armstrong Transport Group Llp
Peyton Minkley
1120 South Tryon Street
Suite 500
Charlotte, NC 28203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$59,646.75

---

3.13

Automha Americas Automation
1300 South Service Road
Oakville, ON L6L 5T7
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$625,012.50

---

3.14

AXIFLOW TECHNOLOGIES, INC.
PO BOX 17510
TAMPA, FL 33682

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$64,208.09

**3.15**

Bds- Wilkes Barre Bearing & Drive Solution
3443 Bethlehem Pike
Souderton, PA 18964

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $8,726.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

Califia Farms
1019 E 4th Pl
Los Angeles, CA 90013

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,628,590.36
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Material Loss Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

Casco Usa
370 Meadowlands Blvd.
Washington, PA 15301

**Date or dates debt was incurred**
12/11/2024

**As of the petition filing date, the claim is:** $3,191.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

CENTER CITY PRINT
119 Penn Ave
Scranton, PA 18503

**Date or dates debt was incurred**
10/01/2024

**As of the petition filing date, the claim is:** $136.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

Certified Laboratories
23261 Neywork Place
Chicago, IL 60673-1232

**Date or dates debt was incurred**
12/06/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$912.65

**3.20**

CHARM SCIENCES, INC.
659 ANDOVER ST.
LAWRENCE, MA 01843

**Date or dates debt was incurred**
11/19/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,857.24

**3.21**

CHEM-AQUA
2727 CHEMSEARCH BLVD.
IRVING, TX 75062

**Date or dates debt was incurred**
11/25/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$832.35

**3.22**

Cintas Corp
PO Box 631025
Cincinnati, OH 45263

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$54,747.65

3.23

CINTAS FIRE 636525
PO BOX 636525
CINCINNATI, OH 45263

**Date or dates debt was incurred**
12/16/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,125.11

3.24

Coca-Cola Company
1 Coca Cola Plz NW
Atlanta, GA 30313

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Material Loss Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,888,410.11

3.25

COGZ SYSTEMS, LLC
58 STEEPLE VIEW LANE
WOODBURY, CT 06798

**Date or dates debt was incurred**
11/14/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,286.00

3.26

COMCAST BUSINESS
PO BOX 21638
EAGAN, MN 55121-0638

**Date or dates debt was incurred**
12/02/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,047.35

**3.27**

Corporate Grind, Llc
Pete Fabry
PO Box 594
Bristol, PA 19007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$159,170.40

---

**3.28**

Creative Engineered Solutions Inc.
John Drake
1 Freeport Rd.
Pittston Township, PA 18640

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,370.00

---

**3.29**

Crown Equipment Corporation
Christine Shinabery
44 South Washington Street
New Bremen, OH 45869

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,874.08

---

**3.30**

Csi Services
10 Marianne Dr
York

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,872.73

3.31

Customer Expressions Corp.
2255 Carling Avenue,
Suite 500
Ottawa, ON K2B7Z5
Canada

**Date or dates debt was incurred**
12/31/2022

**As of the petition filing date, the claim is:**                              $9,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.32

Diversey Inc.
1300 Altura Road - Suite 125
Chicago, IL 29708

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $167,649.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.33

Diversey Inc. (Usd)
Nancy Bautista
1300 Altura Road, Suite 125
Fort Mill, SC 29708

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $496,775.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.34

Domino Amjet, Inc.
3809 Collection Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                           $61,730.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

Donaldson Filtration Solutions
1400 W 94Th St
Bloomington, MN 55431

**Date or dates debt was incurred**
11/22/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,840.87

---

**3.36**

Dss Holdings Llc Dba Job Squad Solutions
Erika Haylock
4101 Edison Laked Pkwy
Suite 350
Mishawaka, IN 46545

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$207,308.59

---

**3.37**

DUNBAR BENDER & ZAPF
437 GRANT STREET
FRICK BUILDING, SUITE 1100
PITTSBURGH, PA 15250-8000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$286.74

---

**3.38**

Dupont Tool & Machine Llc
311 Elm Street
Dupont, PA 18641

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,369.95

**3.39**

Elwood Staffing Services, Inc.
Lauren Traver
PO Box 1024
Columbus, IN 47202-1024

**Date or dates debt was incurred**
11/14/2024

As of the petition filing date, the claim is:                    $1,279.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40**

Eva Mendez
1314 Wyoming Ave
Scranton, PA 18509

**Date or dates debt was incurred**
Undetermined

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Workers Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.41**

Evergreen Packaging Llc.
PO Box 417334
Boston, MA 02241

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $33,034.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.42**

Federal Express Canada Corporation
PO Box 4626
Toronto Stn A
Toronto, ON M5W 5B4
Canada

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,118.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.43**

FEDEX FREIGHT
PO BOX 223125
PITTSBURG, PA 15251-2125

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $660.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.44**

FEDEX TRADE NETWORKS
PO BOX 842206
BOSTON, MA 02284-2206

**Date or dates debt was incurred**
12/12/2024

**As of the petition filing date, the claim is:**                    $50.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.45**

Festo Corporation
1377 Motor Parkway Suite 310
Islandia, NY 11749

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,379.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.46**

FHG Companies, Llc About Time Snow
45 Buck Rd
Huntingdon Vally, PA 19006

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $35,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.47

Fogg
PO Box 933416
Cleveland, OH 44193

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$38,662.40

3.48

FRANCESCO CIPPARRONE
205-2045 Lakeshore Blvd
Toronto, ON M8V 2Z6
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,797.18

3.49

Gea Mechanical Equipment Us, Inc. Niro Soavi Division
Pamela Rose
100 Fairway Ct
Northvale, NJ 07647

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,985.52

3.50

GEA SYSTEMS NORTH AMERICA LLC
9165 RUMSEY ROAD
Columbia, MD 21045

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$84,724.00

**3.51**

Grainger
Dept. 887937454
Palatine, IL 60038-0001

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $96,434.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.52**

Guller Commercial & Industrial Insulation
652 Germantown Pike Lafayette Hill
Pittston, PA 18640-1916

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $128,071.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.53**

HAKUNA SERVICES INC DBA DIMENSION
Zainab Bahrainwala
2261 Market St
Ste 4061
San Francisco, CA 94114

**Date or dates debt was incurred**
12/13/2024

As of the petition filing date, the claim is:                                    $32,837.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.54**

Harco Enterprises Ltd.
675 The Parkway
Peterborough, ON K9J 7K2
Canada

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $21,219.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.55

Hawkmtn Labs Inc
201 West Clay Avenue
Hazle Township, PA 18202

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $1,076.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.56

Hayden Power Group
1016 East 7Th Street
Bloomsburg, PA 17815

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $628,916.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.57

HOURIGAN KLUGER & QUINN
600 THIRD AVENUE
Kingston, PA 18704

**Date or dates debt was incurred**
12/04/2024

As of the petition filing date, the claim is:      $383.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.58

J B Hunt Transport Inc.
September Hewitt
615 J.B.Hunt Corporate Drive
Lowell, AR 72745

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:      $41,844.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.59

Jcs Controls Inc.
172 Metro Park
Rochester, NY 14623

**Date or dates debt was incurred**
09/16/2024

**As of the petition filing date, the claim is:**                    $10,060.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.60

Johnson Controls Inc
Matthew Maloney
5 Pethick Drive Suite 5
Wilkes Barre, PA 18702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $41,582.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.61

Joriki Inc.
3431 McNicoll Avenue
Scarborough, ON M1V 2V3
Canada

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**                    $149,482,284.08
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.62

Judge Inc.
Anthony Patt
151 South Warner Road, Suite 100
Wayne, PA 19087

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $170,925.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.63**

K Guller, LLC
c/o FENNINGHAM, DEMPSTER & COVAL LLP
Five Neshaminy Interplex
Suite 315
Trevose, PA 19053

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.64**

Keanan Gretano
81 Parker Trl
Albrightsville, PA 18210

**Date or dates debt was incurred**
01/06/2025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Employment Class Action Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.65**

Klehr, Harrison, Harvey, Branzburg, LLP
919 N. Market Street
Suite 1000
Wilmington, DE 19801-3062

**Date or dates debt was incurred**
12/16/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

**3.66**

Kluber Lubrication
32 Industrial Drive
Londonderry, NH 03053

**Date or dates debt was incurred**
12/05/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$421.46

**3.67**

Korn Ferry
Chris Von Der Ahe
PO Box 1450
Minneapolis, MN 55485-5854

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$53,824.68

**Date or dates debt was incurred**
07/30/2024

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.68**

Krones Inc.
9600 South 58Th Street
Franklin, WI 53132-6241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$9,217.07

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.69**

LAMEO AND ASSOCIATES INC.
Paul Lameo
PO BOX 321
DUNMORE, PA 18512

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,494.00

**Date or dates debt was incurred**
12/23/2023

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.70**

Lawson Products, Inc.
P.O. Box 734922
Chicago, IL 60673-4922

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$4,856.22

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.71**

LINDE GAS & EQUIPMENT INC.
PO BOX 382000
PITTSBURGH, PA 15250-8000

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$363.98

**3.72**

Lindenmeyr Munroe
3300 Horizon Drive
King Of Prussia, PA 19406

**Date or dates debt was incurred**
12/11/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,408.00

**3.73**

Lower Lackawanna Valley Sanitary Authority
302 Oak Street
Old Forge, PA 18518

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,051,992.68

**3.74**

Lyons Filter Company
PO Box 337671 Greeley
Greeley, CO 80633

**Date or dates debt was incurred**
11/05/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,734.00

3.75

Mcmaster-Carr
PO Box 7690

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,328.67

3.76

Meier Supply Co., Inc.
Jack Knight
275 Broome Corporate Parkway
Conklin, NY 13748

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$352,555.20

3.77

MEMIC INDEMNITY COMPANY
P.O. BOX 9500
LEWISTON, ME 04243-9500

**Date or dates debt was incurred**
12/16/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,264.40

3.78

Microbac Laboratories
2009 Mackenzie Way Suite 100
Cranberry Twp, PA 16066-5338

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$86,078.50

**3.79**

Mid-Valley Contracting Services, Inc.
212 Dorantown Road
Covington Township, PA 18444

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $256,026.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.80**

Midway Industrial Supply Inc.
Sarah Maxwell
PO Box 303
Utica, NY 13503-0303

**Date or dates debt was incurred**
11/22/2024

As of the petition filing date, the claim is:                                    $1,356.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.81**

Motion Industries, Inc.
163 Centerpoint Blvd Pittston,Pa
Pittston

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $1,281.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.82**

Ncs Services Liquid Packaing Service
PO Box 10 Bath, Pa 18014

**Date or dates debt was incurred**
07/29/2024

As of the petition filing date, the claim is:                                    $47,298.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.83

Nelson-Jameson, Inc.
P.O. Box 1147
Marshfield, WI 54449

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $6,205.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.84

Neogen Corporation
25153 Network Place
Chicago, IL 60673-1251

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,896.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.85

Njs Systems & Controls Industrial Solutions
Scranton Carbondale Highway
704 Rt #6
Mayfield, PA 18433

**Date or dates debt was incurred**
12/10/2024

**As of the petition filing date, the claim is:**                    $546.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.86

Nordson Corporation
PO Box 802586
Chicago, IL 60680-2586

**Date or dates debt was incurred**
12/11/2024

**As of the petition filing date, the claim is:**                    $6,346.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.87

O2Mation Services
3295 Tacc Dr
Mississauga, ON L5M 0H4
Canada

**Date or dates debt was incurred**
04/04/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,124.16

3.88

Onesource Staffing Solutions
1124 Highway 315
Wilkes-Barre, PA 18702

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$446,163.21

3.89

Parallel Products
401 Industry Road
Suite 100
Louisville, KY 40208

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,847.21

3.90

PAYLOCITY
1400 American Lane
Schaumburg, IL 60173

**Date or dates debt was incurred**
11/20/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$229.22

3.91

Penn State Mechanical Contractors Inc
PO Box 1027
Wilkes Barre, PA 18703

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $281,852.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.92

PENNSYLVANIA PAPER & SUPPLY, LLC
215 Vine Street
Scraton, PA 18501

**Date or dates debt was incurred**
12/23/2024

**As of the petition filing date, the claim is:**                              $1,830.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.93

Qualtech Solutions Inc.
1880 Rue Leon-Harmel
Quebec, QC G1N 4K3
Canada

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $663,786.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.94

QUANTUM BIOPOWER SOUTHINGTON LLC
49 DePaolo Drive
Southington, CT 06489

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $52,656.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.95

Rafael Roman
146 Potter Street
Dunmore, PA 18512

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Workers Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.96

Ram Industrial Services Llc
2850 Appleton Street Suite D
Camp Hill, PA 17011

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,491.78

3.97

Ratt Inc Dba Orkin Pest Control
4550 Paxton St
Harrisburg, PA 17111

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,085.95

3.98

Refrigiwear, Llc
Peter Galvin
54 Breakstone Drive
Dahlonega, GA 30533

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,823.75

3.99

Reinford Farms
505 Cedar Grove Road
Mifflintown, PA 17059

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$214,893.57

3.100

Road Scholar Transport
130 Monahan Ave
Dunmore, PA 18512

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$26,966.21

3.101

Rws Design & Controls
13979 Willlowbrook Rd
Rosco, IL 61073

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$61,765.94

3.102

Sanitary Process Systems, Inc.
945 Fruitville Pike
Lititz, PA 15543

**Date or dates debt was incurred**
12/13/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$86,362.52

3.103

Schaedler Yesco Distribution
3982 Paxton St
PO Box 4990
Harrisburg, PA 17111-0990

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,705.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.104

Schneider Packaging Equipment Co., Inc.
5370 Guy Young Road
Brewerton, NY 13029

**Date or dates debt was incurred**
12/11/2024

**As of the petition filing date, the claim is:**                    $30,867.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.105

Sigma-Aldrich Inc.
Mona Patel
3050 Spruce Street
Saint Louis, MO 63103-2530

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $19,856.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.106

Smiusa Inc
1270 Shiloh Road Nw, Suite 100
Kennesaw, GA 30144

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $30,214.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.107

SPS COMMERCE
INC 333 SOUTH SEVENTH STREET
SUITE 1000
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**
12/18/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,054.00

3.108

Stanley Kocher
167 Arch St.
Edwardsville, PA 18704

**Date or dates debt was incurred**
Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Workers Comp Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.109

Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,791.59

3.110

STATCO ENGINEERING & FABRICATORS
PO BOX 102373
PASADENA, CA 91189-2373

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$327,085.83

3.111

Stericycle, Inc.
2883 Network Place
CHICAGO, IL 60673-1288

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $676.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.112

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $430,363.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.113

TECHLONG INC.
3870 LAKEFIELD DR
SUWANEE, GA 30024

**Date or dates debt was incurred**
05/16/2024

**As of the petition filing date, the claim is:**                 $150,069.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.114

Tetra Pak Inc.
3300 Airport Road
Denton, TX 76207

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $186,562.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.115**

The Berkley Associates Corp.
151 South Warner Rd, Suite #100
Wayne, PA 19087

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.116**

THE FBI GROUP
1380 CREDITSTONE ROAD
UNIT #3
VAUGHAN, ON L4K 0J1
Canada

**Date or dates debt was incurred**
12/10/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$426.49

**3.117**

Thomas Sceintific
PO Box 536750
Pittsburgh, PA 15253-5909

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$490.49

**3.118**

Top Tier, Llc
10315 Se Jennifer St.
Clackamas, OR 97015

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,394.21

**3.119**

TRANSCAT INC.
Vicky Hamill
35 Vantage Point Dr.
Rochester, NY 14624

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,392.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.120**

UGI ENERGY SERVICES, INC
P.O BOX 827032
PHILADELPHIA, PA 19182-7032

**Date or dates debt was incurred**
12/06/2024

**As of the petition filing date, the claim is:**    $28,300.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.121**

Uline
PO Box 88741
Chicago, IL 60680

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,814.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.122**

UNITED RENTALS (NORTH AMERICA), INC.
PO BOX 100711
ATLANTA, GA 30384

**Date or dates debt was incurred**
12/21/2024

**As of the petition filing date, the claim is:**    $3,968.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.123

Us Standard Products Corp.
Deja Sangster
P.O. Box 5509
Englewood, NJ 07631

**Date or dates debt was incurred**
12/04/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,433.14

3.124

VECTOR SECURITY, INC.
PO BOX 89462
CLEVELAND, OHIO 44101-6462

**Date or dates debt was incurred**
11/16/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$225.00

3.125

VERTECH INDUSTRIAL SYSTEMS, LLC
4409 EAST BASELINE ROAD
SUITE 127
PHOENIX, AZ 85042

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$127,465.17

3.126

Welch Foods Inc.
300 Baker Avenue
Suite 101
Concord, MA 01742

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Material Loss Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

$541,570.86

**3.127**

Wm Corporate Service, Inc.
PO Box 13648
Philadelphia, PA 19101-3648

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $41,966.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.128**

Worximity Technology Inc. (Usd)
Diana Hanakova
329 De La Commune Ouest, Suite 400
Montreal, QC H2Y 2E1
Canada

**Date or dates debt was incurred**
12/01/2024

As of the petition filing date, the claim is:                    $1,727.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.129**

Wyckomar Canada Inc.
Patrizia Ottema
111 Malcolm Road
Guelph, ON N1K 1A8
Canada

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,192.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.130**

Xerox Financial Services
201 Merritt 7
Norwalk, CT 06851

**Date or dates debt was incurred**
12/07/2024

As of the petition filing date, the claim is:                    $277.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.131

YEAGER SUPPLY INC.
PO BOX 1177
READING, PA 19603

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $45,430.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.132

YSI, INC.
Amelia Watson
1725 Brannum Lane
Yellow Springs, OH 45387

**Date or dates debt was incurred**
11/19/2024

**As of the petition filing date, the claim is:**                    $16,564.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---------|-------------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---------|--------------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|------------------------|
| **5a. Total claims from Part 1** | 5a. | $0.00 |
| **5b. Total claims from Part 2** | 5b. | $164,417,449.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $164,417,449.45 |

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

| Schedule G: | Executory Contracts and Unexpired Leases |
| --- | --- |

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | 575 Research Drive, LLC |
| --- | --- | --- | --- |
| | | | c/o Mericle Commercial Real Estate Services |
| | **State the term remaining** | 8 years, 3 months, 19 days | 100 Baltimore Drive |
| | | | East Mountain Corporate Center |
| | **List the contract number of any government contract** | | Wilkes-Barre, PA 18702 |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Employment Agreement | Brandy Butler |
| --- | --- | --- | --- |
| | | | 692 Orange Road |
| | **State the term remaining** | Unknown | Dallas, PA 18612 |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement for Contract Manufacturing and Packaging Services | Califia Farms |
| --- | --- | --- | --- |
| | | | 1019 E 4th Pl |
| | **State the term remaining** | Unknown | Los Angeles, CA 90013 |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease | Coca-Cola Company
1 Coca Cola Plz NW
Atlanta, GA 30313 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement for Contract Manufacturing and Packaging Services | Coca-Cola Company
1 Coca Cola Plz NW
Atlanta, GA 30313 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement | Domino Amjet, Inc.
3809 Collection Center Drive
Chicago, IL 60693 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement | Domino Amjet, Inc.
3809 Collection Center Drive
Chicago, IL 60693 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Vendor Agreement | Elwood Staffing Services, Inc.
Lauren Traver
PO Box 1024
Columbus, IN 47202-1024 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Vendor Agreement | ERG Staffing Services/Rosie's Riveters Staffing Service LLC
235 Main Street
Suite 121
Dickson City, PA 18519 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.10    **State what the contract**          Services Agreement
        **or lease is for and the**                                                      FHG Companies, Llc About Time Snow
        **nature of the debtor's**                                                       45 Buck Rd
        **interest**                                                                     Huntingdon Vally, PA 19006
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.11    **State what the contract**          Employment Agreement
        **or lease is for and the**                                                      John LoMonaco
        **nature of the debtor's**                                                       22 Pumphouse rd
        **interest**                                                                     Jefferson Township, PA 18426
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.12    **State what the contract**          Employment Agreement
        **or lease is for and the**                                                      Laura Solomon
        **nature of the debtor's**                                                       38 swallow street
        **interest**                                                                     Apartment A
        **State the term**                   Unknown                                     Pittston, PA 18640
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.13    **State what the contract**          Lease Agreement
        **or lease is for and the**                                                      Mericle Commercial Real Estate Services
        **nature of the debtor's**                                                       100 Baltimore Drive
        **interest**                                                                     East Mountain Corporate Center
        **State the term**                   8 years, 3 months, 19 days                  Wilkes-Barre, PA 18702
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.14    **State what the contract**          Umbrella Insurance Agreement
        **or lease is for and the**                                                      Nationwide
        **nature of the debtor's**                                                       One Nationwide Plaza
        **interest**                                                                     Columbus, OH 43215-2220
        **State the term**                   Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.15    **State what the contract**          Staffing Vendor Agreement
        **or lease is for and the**                                                      Onesource Staffing Solutions
        **nature of the debtor's**                                                       1124 Highway 315
        **interest**                                                                     Wilkes-Barre, PA 18702
        **State the term**                   Undetermined
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**

Software License and Lease Addendum for LilyPad Applications

**State the term remaining**   Unknown

**List the contract number of any government contract**

Sharpe Concepts, LLC
Attn Jay Raval
2850 Cinnamon Bay Circle
Naples, FL 34119

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**

Employment Agreement

**State the term remaining**   Unknown

**List the contract number of any government contract**

Stephen Wright
26 Joshua Lane
Duryea, PA 18642

**2.18** **State what the contract or lease is for and the nature of the debtor's interest**

LTIP Agreement

**State the term remaining**   Undetermined

**List the contract number of any government contract**

Stephen Wright
26 Joshua Lane
Duryea, PA 18642

**2.19** **State what the contract or lease is for and the nature of the debtor's interest**

Master Agreement Services

**State the term remaining**   Unknown

**List the contract number of any government contract**

Tetra Pak Inc.
3300 Airport Road
Denton, TX 76207

**2.20** **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Financing Agreement

**State the term remaining**   Undetermined

**List the contract number of any government contract**

The Bank of Nova Scotia
4715 Tahoe Boulevard
Mississauga, ON L4W 0B4
Canada

**2.21** **State what the contract or lease is for and the nature of the debtor's interest**

Master Agreement for Contract Manufacturing And Packaging Services

**State the term remaining**   Undetermined

**List the contract number of any government contract**

Welch Foods Inc.
300 Baker Avenue
Suite 101
Concord, MA 01742

2.22   **State what the contract**      Printer Lease Agreement          Xerox Financial Services
       **or lease is for and the**                                      201 Merritt 7
       **nature of the debtor's**                                       Norwalk, CT 06851
       **interest**
       **State the term**              Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

☐ **Check if this is an amended filing**

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Joriki, Inc. | Joriki Inc. 3431 McNicoll Avenue Scarborough, ON M1V 2V3 Canada | The Bank of Nova Scotia | ☑ D ☐ E/F ☐ G |
| 2.2 Joriki, Inc. | Joriki Inc. 3431 McNicoll Avenue Scarborough, ON M1V 2V3 Canada | Roynat Capital Inc. | ☑ D ☐ E/F ☐ G |
| 2.3 Welch Foods, Inc. | Welch Foods Inc. 300 Baker Avenue Suite 101 Concord, MA 01742 | Evergreen Packaging LLC | ☑ D ☐ E/F ☐ G |

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 1/12/2025 | /s/ Mike Devon |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Mike Devon |
| | Printed name |
| | Authorized Representative |
| | Position or relationship to debtor |