**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JORIKI USA INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 25-10034 LSS |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 11, 2025 AT 2:00 P.M. EST**

---

**THIS HEARING WILL BE CONDUCTED IN-PERSON FOR LOCAL COUNSEL. ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS.**

**PARTIES WHO ARE NON-LOCAL MAY APPEAR REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN FEBRUARY 10, 2025 AT 4:00 P.M. (EST).**

**TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV**

**AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

---

MATTERS GOING FORWARD

1. Motion of the Chapter 7 Trustee for Entry of Orders (i)(a) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (b) Authorizing the Trustee to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (c) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, Approving Assumption and Assignment Procedures, Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (d) Granting Related Relief; and (ii)(a) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 33; Filed February 5, 2025]

    Response Deadline: Objections/responses may be presented at the hearing.

---

[1] The last four digits of the Debtor's Employer Identification Number are 5175.

Responses Received: None to date

Related Documents:

      A.      Motion for Order Scheduling Expedited Hearing and Shortening Time Period for Notice of Hearing on Motion of the Chapter 7 Trustee for Entry of Orders (i)(a) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (b) Authorizing the Trustee to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (c) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, Approving Assumption and Assignment Procedures, Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (d) Granting Related Relief; and (ii)(a) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 35; Filed February 5, 2025]

      B.      Order Scheduling Expedited Hearing and Shortening Time Period for Notice of Hearing on Motion of the Chapter 7 Trustee for Entry of Orders (i)(a) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (b) Authorizing the Trustee to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (c) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, Approving Assumption and Assignment Procedures, Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (d) Granting Related Relief; and (ii)(a) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 39; Filed February 5, 2025]

      C.      Certificate of Service [D.I. 40, Filed February 6, 2025]

Status:      This matter will go forward.

*(Signature page follows)*

**FOX ROTHSCHILD LLP**

By: */s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sward@foxrothschild.com

       -and-

Michael G. Menkowitz (admitted *pro hac vice*)
Jesse M. Harris (admitted *pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Dated: February 7, 2025

*Proposed Counsel for Alfred T. Giuliano,
Chapter 7 Trustee for the Estate of Joriki USA Inc.*