## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, via overnight mail on the parties listed on **Service List A** attached hereto, and via electronic mail on the parties listed on **Service List B** attached hereto, this 7th day of February, 2025.

On February 7, 2025, I also caused copies of the foregoing Notice of Agenda to be served via electronic mail on all known parties that have expressed an interest in purchasing the Debtor's Assets. A list of said parties will be made available upon request.

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)

# Service List A

Domenic E. Pacitti, Esquire
Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Tara L. Lattomus, Esquire
Eckert Seamans Cherin & Mellott LLC
222 Delaware Avenue, Suite 700
Wilmington, DE 19801

Alfred T. Giuliano, Trustee
Giuliano Miller & Co., LLC
Pavilion 800, Suite 210
2301 E. Evesham Road
Voorhees, NJ 08043

Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Bielli & Klauder, LLC
David M. Klauder, Esquire
1204 N. King Street
Wilmington, DE 19801

Orrick, Herrington & Sutcliffe LLP
Raniero D'Aversa, Esquire
Michael Trentin, Esquire
51 West 52nd Street
New York, NY 10019

Nicholas M. Gaunce, Esquire
Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center, Suite 203
2000 Lenox Drive
Lawrence, NJ 08648

David R. Hurst, Esquire
McDermott Will & Emery LLP
1000 N. West Street, Suite 1400
Wilmington, DE 19801

Daniel M. Simon, Esquire
McDermott Will & Emery LLP
1180 Peachtree Street NE, Suite 3350
Atlanta, GA 30309

CHARLES W. GRIMM CONSTRUCTION, INC.
P.O. BOX X
228 NEW ST.
WAYMART, PA 18472

CINTAS CORP
ATTN: STEVE MALKIEWICZ
6800 CINTAS BOULEVARD
MASON, OH 45040

CORPORATE GRIND, LLC
PETE FABRY
PO BOX 594
BRISTOL, PA 19007

ELWOOD STAFFING SERVICES, INC.
LAUREN TRAVER
PO BOX 1024
COLUMBUS, IN 47202 1024

MARC LEWANDOWSKI
132 HAVERFORD DRIVE
WILKES BARRE, PA 18702

MEMIC INDEMNITY COMPANY
P.O. BOX 9500
LEWISTON, ME 04243 9500

NORDSON CORPORATION
PO BOX 802586
CHICAGO, IL 60680 2586

ONESOURCE STAFFING SOLUTIONS
1124 HIGHWAY 315
WILKES BARRE, PA 18702

REINFORD FARMS
505 CEDAR GROVE ROAD
MIFFLINTOWN, PA 17059

ROAD SCHOLAR TRANSPORT
130 MONAHAN AVE
DUNMORE, PA 18512

SCOTIABANK VISA
THE BANK OF NOVA SCOTIA
BUSINESS SERVICE CENTRE
4715 TAHOE BOULEVARD
TORONTO, ON L4W 0B4
CANADA

SIGMA ALDRICH, INC.
3050 SPRUCE STREET
ST. LOUIS, MO 63103

SMIUSA INC
1270 SHILOH ROAD NW, SUITE 100
KENNESAW, GA 30144

Sunbelt Rentals, Inc.
1275 W. Mound Street
Columbus, OH 43223

THE BANK OF NOVA SCOTIA, AS AGENT
40 KING ST. WEST
SCOTIA PLAZA 55TH FL
TORONTO, ON M5H1H1
CANADA

Uline
125757 Uline Drive
Pleasant Prairie, WI 53158

Utah State Tax Commission
Attn: Bankruptcy Unit
210 N. 1950 W
Salt Lake City, UT 84134-9000

Yeager Supply Inc.
PO Box 1177
Reading, PA 19603

167928069.1

# Service List B

Bank of Nova Scotia
c/o Orrick Herrington & Sutcliffe LLP
51 W. 52nd Street
New York, NY 10019
Raniero D'Aversa (rdaversa@orrick.com)
Michael Trentin (mtrentin@orrick.com)
Nick Sabatino (nsabatino@orrick.com)
Jenna MacDonald Busche (jmacdonaldbusche@orrick.com)