**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JORIKI USA INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 25-10034 LSS<br><br>(Joint Administration Requested) |

**NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED
LEASES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL ASSETS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On February 5, 2025, Alfred T. Giuliano (the "Trustee"), the Chapter 7 Trustee for the estate of Joriki USA, Inc. (the "Debtor") in the above-captioned chapter 7 case (the "Chapter 7 Case"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") a motion [Docket No. 33] (the "Motion") seeking entry of (i) an order (the "Bidding Procedures Order") (a) approving bidding procedures (the "Bidding Procedures")[2] to be used in connection with one or more sales (each, a "Sale Transaction") of substantially all of the Debtor's assets (the "Assets"); (b) authorizing the Trustee to enter into one or more asset purchase agreements with one or more "stalking horse" bidders and to provide certain bidding protections in connection therewith; (c) scheduling an auction of the Assets (the "Auction") and a final hearing to consider approval of any proposed Sale Transactions (the "Sale Hearing"); (d) approving the form and manner of notice of the Bidding Procedures, the Auction, and the Sale Hearing; (e) approving procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "Contracts") in connection with any Sale Transaction (the "Assumption and Assignment Procedures"); (f) approving the form and manner of notice to each relevant non-debtor counterparty to a Contract (each, a "Counterparty") of the Trustee's calculation of the amount necessary to cure any defaults under an applicable Contract (the "Cure Costs") and certain other information regarding the potential assumption and assignment of Contracts in connection with a Sale Transaction; and (g) granting related relief; and (ii) the form of sale order (a "Sale Order") (a) authorizing one or more Sale Transactions for a sale of the Assets free and clear of all liens, claims, interests and encumbrances, except certain permitted encumbrances as determined by the Trustee and any Successful Bidder (as defined in Section VII.C.1 of the Bidding Procedures) for the applicable Assets, with liens to attach to the proceeds of the applicable Sale Transaction;

---

[1] The last four digits of the Debtor's Employer Identification Number are 5175.

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Motion or the Bidding Procedures, as applicable. Any summary of the Bidding Procedures or the Bidding Procedures Order (or any provision thereof) contained herein is qualified in its entirety by the actual terms and conditions thereof. To the extent that there is any inconsistency between any summary in this Notice and the terms and conditions of either of the Bidding Procedures or the Bidding Procedures Order, the actual terms and conditions in those documents shall control.

168180220.2

(b) authorizing the assumption and assignment of certain Contracts in connection with approved Sale Transactions; and (c) granting related relief.

On February 12, 2025, the Court entered the Bidding Procedures Order [Docket No. 53].

**You are receiving this Notice because you may be a Counterparty to a Contract of the Debtor's that may be assumed and assigned to a Successful Bidder for the Debtor's Assets.**

## CURE COSTS

In accordance with the Assumption and Assignment Procedures and the Bidding Procedures Order, the Trustee may, in connection with one or more Sale Transactions with a Successful Bidder at the applicable Auction, seek to assume and assign to the Successful Bidder certain of the Debtor's Contracts. Each of the Contracts that potentially could be assumed and assigned in connection with a Sale Transaction, together with the Trustee's calculation of Cure Costs with respect to such Contracts, is set forth on **Schedule 1** hereto. The inclusion of any Contract on **Schedule 1** does not constitute an admission by the Trustee or any other party that such Contract is an executory contract or an unexpired lease within the meaning of the Bankruptcy Code or require or guarantee that such Contract ultimately will be assumed or assigned. All rights of the Trustee with respect thereto are reserved.

## CURE OBJECTIONS

A.  **Cure Objection Deadline**

Any Counterparty that wishes to object to the Trustee's proposed Cure Costs (each such objection, a "Cure Objection") must file with the Court and serve on the Objection Notice Parties (as defined in Section X.D of the Bidding Procedures) its Cure Objection, which must be in writing and state, with specificity, the legal and factual bases thereof and include any appropriate documentation in support thereof, by no later than **February 27, 2025, at 4:00 p.m. (prevailing Eastern Time).**

B.  **Resolution of Cure Objections**

Pursuant to the Bidding Procedures Order, the Trustee (in consultation with the Consultation Party) and the objecting Counterparty must first confer in good faith to attempt to resolve the Cure Objection without Court intervention. If the parties are unable to consensually resolve the Cure Objection prior to the commencement of the Sale Hearing, the Court shall make all necessary determinations relating to the applicable Cure Costs and Cure Objection at a hearing scheduled pursuant to the following paragraph. If a Cure Objection is resolved in a manner that is not in the best interests of the Trustee, the Debtor, and its estate, whether or not such resolution occurs prior to or after the closing of the applicable Sale Transaction, the Trustee may determine that any Contract subject to such resolved Cure Objection no longer will be assumed and assigned; provided, that, in the case of an unexpired lease of non-residential real property, such determination shall be made prior to the expiration of the applicable deadline to assume or reject unexpired leases under section 365(d)(4) of the Bankruptcy Code. All other objections to the

2

Trustee's proposed assumption and assignment of the Debtor's right, title and interest in, to and under a Contract shall be heard at the Sale Hearing.

### C. Adjourned Cure Objections

If a timely filed Cure Objection cannot otherwise be resolved by the parties, the Cure Objection may be heard at the Sale Hearing, or, at the option of the Trustee, in consultation with the Consultation Party (as defined in Section XI of the Bidding Procedures), be adjourned to a subsequent hearing (each such Cure Objection, an "Adjourned Cure Objection"). An Adjourned Cure Objection may be resolved after the closing date of the applicable Sale Transaction. Upon resolution of an Adjourned Cure Objection and the payment of the applicable cure amount, if any, the applicable Contract that was the subject of such Adjourned Cure Objection shall (as applicable) be deemed assumed and assigned to the applicable Successful Bidder as of the closing date of the applicable Sale Transaction.

## NOTICE OF AUCTION RESULTS

The "Auction," if required, will be conducted (i) on **March 7, 2025** either (a) at the offices of Fox Rothschild LLP, 1201 North Market Street, Suite 1200, Wilmington, DE 19801, or (b) virtually, or (ii) at such other date, time or location as designated by the Trustee, after consulting with the Consultation Party. If the Trustee conducts the Auction virtually, the Trustee will provide instructions setting forth how to attend the Auction to the participants and other attendees via electronic mail. The Trustee will provide notice (via electronic mail or otherwise) of any change in the date, time, or location of the Auction to Qualified Bidders and the Consultation Party.

The Trustee will file with the Court and serve on the Sale Notice Parties a notice (the "Auction Notice") setting forth (i) the date, time and location of the Auction, (ii) the Assets the Trustee intends to sell at the Auction; and (iii) the date and time of the Sale Hearing on **March 4, 2025, at 4:00 p.m. (prevailing Eastern Time)** (the "Auction Notice Deadline").

On **March 10, 2025**, the Trustee will file with the Court and serve on the Sale Notice Parties (as defined in Section X.B of the Bidding Procedures) a notice setting forth the results of the Auction (the "Notice of Auction Results"), which will (i) identify the bidder that submitted the highest or best bid for each Auction Package (as defined in Section VII.B.1 of the Bidding Procedures) (each such bidder, a "Successful Bidder" and, each such bid, a "Successful Bid"); (ii) identify the bidder that submitted the next highest or next best bid after the Successful Bid for each Auction Package (each such bidder, a "Backup Bidder" and, each such bid, a "Backup Bid"); (iii) include a copy of each Successful Bid and each Backup Bid or a summary of the material terms of such bids, including any assumption and assignment of Contracts contemplated thereby; and (iv) set forth the Supplemental Sale Objection Deadline (as defined Section X.D of the Bidding Procedures) and the date, time and location of the Sale Hearing (as defined in Section VIII of the Bidding Procedures) and any other relevant dates or other information necessary to reasonably apprise parties in interest of the outcome of the Auction.

168180220.2

## ADEQUATE ASSURANCE OBJECTIONS

1. <u>Adequate Assurance Objection Deadline</u>. Any Counterparty to a Contract proposed to be assumed by and assigned to a Successful Bidder at the Auction that wishes to object to the proposed assumption and assignment of the Contract, the subject of which objection is such Successful Bidder's proposed form of adequate assurance of future performance (each such objection, an "<u>Adequate Assurance Objection</u>"), must file with the Court and serve on the Objection Notice Parties an Adequate Assurance Objection, which must state, with specificity, the legal and factual bases thereof and include any appropriate documentation in support thereof, by **March 12, 2025, at 4:00 p.m. (prevailing Eastern Time)**, (the "<u>Adequate Assurance Objection Deadline</u>").

2. <u>Resolution of Adequate Assurance Objections</u>. Pursuant to the Bidding Procedures Order, the Trustee and the objecting Counterparty must first confer in good faith to attempt to resolve the Adequate Assurance Objection without Court intervention. If the parties are unable to consensually resolve the Adequate Assurance Objection prior to the commencement of the Sale Hearing, the Adequate Assurance Objection and all issues of adequate assurance of future performance of the Successful Bidder (or any other relevant assignee) shall be determined by the Court at the Sale Hearing.

## SALE HEARING

The Sale Hearing shall take place on **March 14, 2025, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, Wilmington, Delaware 19801.

*[Signature Page to Follow]*

**FOX ROTHSCHILD LLP**

By: /s/ *Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sward@foxrothschild.com

-and-

Michael G. Menkowitz, Esquire
Jesse M. Harris, Esquire
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA  19103
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

Dated: February 12, 2025

*Counsel for Alfred T. Giuliano,
Chapter 7 Trustee for the estate of Joriki USA Inc.*

168180220.2

**Schedule 1**

| Item No. | Counterparty | Counterparty Address | Description | Date of Agreement | Cure Amount |
|---|---|---|---|---|---|
| 1 | 575 Research Drive, LLC | C/o Mericle Commercial Real Estate Services, 100 Baltimore Drive, East Mountain Corporate Center, Wilkes-Barre, PA 18702 | Lease Agreement | 12/23/2021 | $0.00 |
| 2 | Brandy Butler | 692 Orange Road, Dallas, PA 18612 | Employment Agreement | | $0.00 |
| 3 | Califia Farms | 1019 E 4th Place, Los Angeles, CA 90013 | Master Agreement for Contract manufacturing and Packaging Services | 01/01/2024 | $0.00 |
| 4 | Coca-Cola Company | 1 Coca Cola Plz NW, Atlanta, GA 30313 | Equipment Lease | | $0.00 |
| 5 | Coca-Cola Company | 1 Coca Cola Plz NW, Atlanta, GA 30313 | Master Agreement for Contract manufacturing and Packaging Services | 07/07/2021 | $0.00 |
| 6 | Crown Credit | C/o Sebaly, Shillito + Dyer, Attn: Christopher S. Baxer, 220 E. Monument Ave., Suite 500, Dayton, OH 45402 | InfoLink Agreement | 09/07/2023 | $0.00 |

168069974.2

| | | | | | |
|---|---|---|---|---|---|
| 7 | Domino Amjet, Inc. | 3809 Collection Center Drive, Chicago, IL 60693 | Supplier Agreement | | $0.00 |
| 8 | Domino Amjet, Inc. | 3809 Collection Center Drive, Chicago, IL 60693 | Supplier Agreement | | $0.00 |
| 9 | Elwood Staffing Services, Inc. | Attn: Lauren Traver, PO Box 1024, Columbus, IN 47202-1024 | Staffing Vendor Agreement | | $0.00 |
| 10 | ERG Staffing Services / Rosie's Riveters Staffing Service LLC | 235 Main Street, Suite 121, Dickson City, PA 18519 | Staffing Vendor Agreement | | $0.00 |
| 11 | FHG Companies, LLC About Time Snow | 45 Buck Road, Huntingdon Valley, PA 19006 | Services Agreement | | $0.00 |
| 12 | John LoMonaco | 22 Pumphouse Rd, Jefferson Township, PA 18426 | Employment Agreement | | $0.00 |
| 13 | Laura Solomon | 38 Swallow Street, Apartment A, Pittston, PA 18640 | Employment Agreement | | $0.00 |
| 14 | Mericle Commercial Real Estate Services | 100 Baltimore Drive, East Mountain Corporate Center, Wilkes-Barre, PA 18702 | Lease Agreement | | $0.00 |
| 15 | Nationwide | One Nationwide Plaza, Columbus, OH 43215-2220 | Umbrella Insurance Agreement | | $0.00 |

2

168069974.2

| 16 | Onesource Staffing Solutions | 1124 Highway 315, Wilkes-Barre, PA 18702 | Staffing Vendor Agreement | | $0.00 |
|---|---|---|---|---|---|
| 17 | Sharpe Concepts, LLC | Attn: Jay Raval, 2850 Cinnamon Bay Circle, Naples, FL 34119 | Software License and Lease Addendum for LilyPad Applications | | $0.00 |
| 18 | Stephen Wright | 26 Joshua Lane, Duryea, PA 18642 | Employment Agreement | | $0.00 |
| 19 | Stephen Wright | 26 Joshua Lane, Duryea, PA 18642 | LTIP Agreement | | $0.00 |
| 20 | Tetra Pak Inc. | 3300 Airport Road, Denton, TX 76207 | Master Agreement Services | 04/01/2024 | $0.00 |
| 21 | The Bank of Nova Scotia | 4715 Tahoe Boulevard, Mississauga, ON L4W 0B4, Canada | Equipment Financing Agreement | | $0.00 |
| 22 | Welch Foods Inc. | 300 Baker Avenue, Suite 101, Concord, MA 01742 | Master Agreement for Contract Manufacturing and Packaging Services | 10/01/2023 | $0.00 |
| 23 | Xerox Financial Services | 201 Merritt 7, Norwalk, CT 06851 | Printer Lease Agreement | | $0.00 |
| 24 | Xylem | Attn: Daniel Axelrod, 347 Pulaski Highway, Goshen, NY 10924 | Equipment Lease | 10/21/2024 | $0.00 |

168069974.2