## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| JORIKI USA INC.,[1] | Case No. 25-10034 LSS |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MARCH 14, 2025 AT 10:00 A.M. EST

> **THIS HEARING WILL BE CONDUCTED IN-PERSON FOR LOCAL COUNSEL. ANY EXCEPTIONS MUST BE APPROVED BY CHAMBERS.**
>
> **PARTIES WHO ARE NON-LOCAL MAY APPEAR REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN MARCH 13, 2025 AT 4:00 P.M. (EST).**
>
> **TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURTAPPEARANCE TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV**
>
> **AFTER THE DEADLINE HAS PASSED AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

<u>MATTERS UNDER CNO</u>

1. Trustee's Motion of for an Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T. Giuliano, Effective as of January 13, 2025 [D.I. 55; filed on February 12, 2025]

    Response Deadline:  March 5, 2025 at 4:00 p.m. (et)

    Responses Received: None

    Related Documents:

    A. Proposed Order Authorizing the Retention and Employment of Fox Rothschild LLP as Attorneys for Alfred T. Giuliano,

---

[1] The last four digits of the Debtor's Employer Identification Number are 5175.

Effective as of January 13, 2025 [D.I. 55- 2; filed on February 12, 2025]

   B. Certification of No Objection [D.I. 82; filed on March 7, 2025]

 Status: A Certification of No Objection has been filed.

2. Trustee's Motion of for an Order Authorizing the Retention and Employment of Giuliano Miller & Company, LLC as Accountant and Financial Advisor for Alfred T. Giuliano, Effective as of January 13, 2025 [D.I. 56; filed on February 12, 2025]

 Response Deadline: March 5, 2025 at 4:00 p.m. (et)

 Responses Received: None

 Related Documents:

   A. Proposed Order Authorizing the Retention and Employment of Giuliano Miller & Company, LLC as Accountant and Financial Advisor for Alfred T. Giuliano, Effective as of January 13, 2025 [D.I. 56- 2; filed on February 12, 2025]

   B. Certification of No Objection [D.I. 83; filed on March 7, 2025]

 Status: A Certification of No Objection has been filed.

## MATTERS GOING FORWARD

3. Motion of the Chapter 7 Trustee for Entry of Orders (i)(a) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (b) Authorizing the Trustee to enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (c) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, Approving Assumption and Assignment Procedures, Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (d) Granting Related Relief; and (ii)(a) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 33; Filed on February 5, 2025]

 Response Deadline: Up to or at the March 14, 2025 hearing

 Responses Received:

A. Objection to the Sale of Racking and Related Equipment at 575 Research Drive filed by Automha Americas Automation [D.I. 65; filed on February 26, 2025]

B. Objection of Welch Foods Inc., a Cooperative, to Assumption and Assignment of Executory Contract and Notice of Proposed Cure Amount and Proposed Sale Transaction, and Reservation of Rights [D.I. 73; filed on February 28, 2025]

C. Objection to the Sale of Equipment at Pittston Processing Facility filed by Qualtech Solutions Inc. [D.I. 79; filed on March 4, 2025]

D. Limited Objection and Reservation of Rights of the Coca-Cola Company Regarding Chapter 7 Trustee's Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [D.I. 81; filed on March 7, 2025]

Related Documents:

A. Motion to Shorten Time for Notice and Hearing on Motion of the Chapter 7 Trustee for Entry of Orders (i)(a) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (b) Authorizing the Trustee to enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (c) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, Approving Assumption and Assignment Procedures, Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (d) Granting Related Relief; and (ii)(a) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 35; filed on February 5, 2025]

B. Order Scheduling Expedited Hearing and Shortening Time Period for Notice on Motion to Shorten Time for Notice and Hearing on Motion of the Chapter 7 Trustee for Entry of Orders (i)(a) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (b) Authorizing the Trustee to enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (c) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, Approving Assumption and Assignment Procedures, Scheduling a Sale Hearing and Approving the Form and Manner

of Notice Thereof and (d) Granting Related Relief; and (ii)(a) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 39; filed on February 6, 2025]

C. Certification of Counsel Requesting Entry of a Revised Order Approving Motion of the Chapter 7 Trustee for Entry of Orders (i)(a) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (b) Authorizing the Trustee to enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (c) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, Approving Assumption and Assignment Procedures, Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (d) Granting Related Relief; and (ii)(a) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (b) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [D.I. 52, filed on February 11, 2025]

D. Order (I) Approving Bidding Procedures for the Sale of Substantially all of the Debtors' Assets, (II) Authorizing the Trustee to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving Form and Manner Thereof, and (VI) Granting Related Relief [D.I. 53; filed on February 12, 2025]

E. Notice of Sale, Bidding Procedures Auction, Sale Hearing and Other Deadlines Related Thereto [D.I. 57; filed on February 12, 2025]

F. Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [D.I. 58; filed on February 12, 2025]

G. Certification of Counsel Regarding Revised Schedule of Contracts to be Assumed and Assigned in Connection with Sale Transaction [D.I. 70; filed on February 27, 2025]

H. Notice of Trustee's Extension of Bid Deadline for All Assets [D.I. 72; filed on February 28, 2025]

I. Notice of Rescheduled Auction, Sale Hearing and Other Deadlines Related Thereto [D.I. 78; filed on March 4, 2025]

J. Notice of Continued Auction and Other Deadlines Related Thereto [D.I. 86; filed on March 10, 2025]

Status: This matter will go forward.

Dated: March 12, 2025

**FOX ROTHSCHILD LLP**

By: */s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Phone (302) 654-7444/Fax (302) 656-8920
sward@foxrothschild.com

-and-

Michael G. Menkowitz (admitted *pro hac vice*)
Jesse M. Harris (admitted *pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Phone (215) 299-2000/Fax (215) 299-2150
mmenkowitz@foxrothschild.com
jesseharris@foxrothschild.com

*Proposed Counsel for Alfred T. Giuliano,
Chapter 7 Trustee for the Estate of Joriki USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Agenda was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, this 12th day of March, 2025.

*/s/ Stephanie Slater Ward*
Stephanie Slater Ward (DE No. 6922)