**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JORIKI USA INC.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 25-10034 LSS<br><br>**Related D.I.** 158 |

**ORDER APPROVING THE SETTLEMENT AGREEMENT AND RELEASE WITH QUALTECH SOLUTIONS INC., PURSUANT TO FED. R. BANKR. P.**

Upon consideration of the motion of Alfred T. Giuliano (the "Trustee"),[2] the Chapter 7 trustee for the estate of Joriki USA, Inc. (the "Debtor"), for entry of an Order approving the Settlement Agreement and Release (the "Agreement") by and between the Trustee and Qualtech Solutions Inc. ("Qualtech"), pursuant to Fed. R. Bankr. P. 9019 (the "Motion"); and the Court having considered the Motion and determined that (i) it has jurisdiction over the matters raised in the Motion, pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding, pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion and the relief requested therein has been given and no other or further notice is necessary; (v) a reasonable opportunity to object or to be heard regarding the relief requested in the Motion has been afforded to all interested parties, persons, and entities; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause appearing therefore

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Motion is GRANTED.

[1] The last four digits of the Debtor's Employer Identification Number are 5175.
[2] Capitalized terms not otherwise defined herein shall have their meanings as defined in the Motion.

2. The Agreement with Qualtech, attached hereto as **Exhibit A**, be and is hereby approved, pursuant to Fed. R. Bankr. P. 9019.

3. The Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein.

**Dated: July 28th, 2026**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**